UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELORES SPENCER-JEFFERIES,<br>73 Galveston Street, S.W.<br>Apartment 101<br>Washington, D.C. 20032<br><br>                    Plaintiff,<br><br>        v.<br><br>CHASE HOME FINANCE, LLC.<br>194 Wood Avenue South<br>Iselin, New Jersey 08830,<br><br>        and<br><br>WILSON & ASSOCIATES, PLLC,<br>1521 Merrill Drive<br>Suite D-220<br>Little Rock, Arkansas 72211,<br><br>                    Defendants. | Civil Action No. |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Chase Home Finance, LLC ("CHF") hereby removes this action pursuant to 28 U.S.C. §§ 1441, et seq., from the Superior Court of the District of Columbia, and states as follows:

1.  A civil action was commenced on August 7, 2006, and is now pending in the Superior Court of the District of Columbia captioned as <u>Delores Spencer-Jefferies v. Chase Home Finance, LLC</u>, et al., Civil Action Number 0005965-06 (the "State Court Action"). The Complaint claims violations of federal and state law, and requests damages of $1,400,000.00 and equitable relief.

2.  Plaintiff is a citizen of the District of Columbia.

3. CHF is a New Jersey corporation, with its principal place of business in New Jersey. For the purposes of federal diversity jurisdiction, pursuant to 28 U.S.C. § 1332, CHF is considered a citizen of New Jersey.

4. Wilson & Associates, PLLC ("W&A") is an Arkansas professional limited liability company. All members of W&A are citizens of Arkansas, Tennessee or Florida. It is therefore a citizen of Arkansas, Tennessee, and Florida for purposes of 28 U.S.C. § 1332.

5. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332. This civil action is between citizens of different states, with complete diversity. The allegations upon which Plaintiff bases this action involve matters in controversy that exceed the sum or value of $75,000, exclusive of interest and costs. This action may thus be removed to this Court pursuant to 28 U.S.C. § 1441(a). This Court also has jurisdiction pursuant to 28 U.S.C. § 1331, as it alleges claims under federal law.

6. CHF received the Complaint no sooner than August 7, 2006. W&A received the Complaint on August 16, 2006.

7. This Notice of Removal is being filed within thirty (30) days of the date on which CHF and W&A received a copy of the Complaint, the initial pleading setting forth the claims against Defendants and from which Defendants first became aware of the claims in this action. Annexed to this Notice, in accordance with 28 U.S.C. § 1446, are copies of all papers, pleadings, and orders received by CHF in the State Action.

8. W&A consents to this removal petition.

9. CHF will file a copy of this Notice with the Clerk of the Superior Court of the District of Columbia, in accordance with 28 U.S.C. § 1446(d).

10. Defendants expressly reserve all rights and defenses relating to Plaintiff's claims.

WHEREFORE, CHF respectfully requests that the State Court Action be removed to this Court for all purposes.

                Respectfully submitted,

                _____
                Gary C. Tepper (D.C. Bar No. 348698)
                Timothy W. Bucknell (D.C. Bar No. 494493)
                ARENT FOX PLLC
                1050 Connecticut Avenue, N.W.
                Washington, DC 20036-5339
                (202) 857-6000

                Attorneys for Defendant
                Chase Home Finance, LLC

Dated: August 28th, 2006

## **CERTIFICATE OF SERVICE**

I certify that I have this 28th day of August, 2006, caused the foregoing Notice of Removal to be served by certified mail, upon:

>Delores Spencer-Jefferies
>73 Galveston Street SW
>Apartment 101
>Washington, DC 20032
>
>Stephen N. Goldberg
>Cohn, Goldberg & Deutsch, LLC
>600 Baltimore Ave.
>Suite 208
>Towson, MD. 21204

_____
Timothy W. Bucknell