## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELORES SPENCER-JEFFERIES,<br>73 Galveston Street, S.W.<br>Apartment 101<br>Washington, D.C. 20032<br><br>                Plaintiff,<br><br>     v.<br><br>CHASE HOME FINANCE, LLC.<br>194 Wood Avenue South<br>Iselin, New Jersey 08830,<br><br>          and<br><br>WILSON & ASSOCIATES, PLLC,<br>1521 Merrill Drive<br>Suite D-220<br>Little Rock, Arkansas 72211,<br><br>               Defendants. | Civil Action No. |

### NOTICE OF CONSENT TO REMOVAL

PLEASE TAKE NOTICE that Defendant Wilson & Associates, PLLC, by the undersigned counsel, hereby consents to the removal to this Court the action now pending in the Superior Court of the District of Columbia captioned as <u>Delores Spencer-Jefferies v. Chase Home Finance, LLC, et al.</u>, Civil Action Number 0005965-06. Wilson & Associates, PLLC join defendant Chase Home Finance, LLC in the Notice of Removal filed in this Court.

1

Respectfully submitted,

_____
Stephen N. Goldberg (D.C. Bar #247916)
Cohn, Goldberg, & Deutsch, LLC
600 Baltimore Ave., Suite 208
Towson, Maryland 21204
(410) 296-2550

Attorney for Defendants
Wilson & Associates, PLLC.

Dated: August 28, 2006

## CERTIFICATE OF SERVICE

I certify that I have this 28th day of August, 2006, caused the foregoing Notice of Removal to be served by mail, first class, postage prepaid, upon:

>Delores Spencer-Jefferies
>73 Galveston Street SW
>Apartment 101
>Washington, DC 20032
>
>Stephen N. Goldberg
>Cohn, Goldberg, & Deutsch, LLC
>600 Baltimore Ave., Suite 208
>Towson, Maryland 21204
>(410)296-2550
>
>Gary C. Tepper
>ARENT FOX PLLC
>1050 Connecticut Avenue, N.W.
>Washington, DC 20036-5339

_____
Timothy W. Bucknell