# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION



**DELORES SPENCER-JEFFERIES
73 GALVESTON STREET SW
APARTMENT 101
WASINGTON, DC 20032**

          **Plaintiff,**

**v.**

Civil Action No._____

**CHASE HOME FINANCE, LLC
3415 VISION DRIVE
COLUMBUS, OH 43219-6606
AND
WILSON & ASSOCIATES, PLLC,
TRUSTEES, 1521 MERRIL DRIVE
SUITE D-220, LITTLE ROCK, AR 72211**

          **Defendants**

## COMPLAINT TO SET ASIDE A WRONGFUL FORECLOSURE SALE
## EMERGENCY HEARING
## JURY DEMAND

### I.    INTRODUCTION

1.    This is an action for injunctive relief and damages based upon wrongful foreclosure, breach of contract, negligence and violations of the D.C. Consumer Protection Procedures Act, D.C. Code 28-3901, et seq. (2001 ed) hereinafter, "Consumer Act"

### II.    JURISDICTION

2.    Jurisdiction is founded upon D.C.Code Title 11§921, (2001 ed) and the General Equity Powers of the Courts.



## THE PARTIES

1.    Plaintiff, Delores Spencer-Jefferies is an adult resident of the District of Columbia and the owner of the property located at 901 Hammack Drive, Nashville, TN 37214 (legal description 826 Woodcraft Drive, Nashville, TN 37214.

2.    Defendant, Chase Home Finance LLC, is a out-of-State business (Ohio) entity conducting business in the District of Columbia and Nashville, Tennessee and holder of the note to the said property located at 901 Hammack Drive, Nashville, TN 37214, legal description recorded as 826 Woodcraft Drive, Nashville, TN 37214.

3.    Defendant, WILSON & ASSOCIATIES, PLLC, are Attorneys and Counselors-at-Law, with their place of business located at 1521 Merrill Drive, Little Rock AR, 7221, who also is the Trustees for Chase Home Finance LLC

## IV.    BACKGROUND

3.    The Defendant, through its agents, allegedly have instituted Foreclosure proceeding against the Plaintiff for the said property, alleging that the Plaintiff has defaulted on the note and had the Plaintiff in arrears by one document in the amount of $71,788.26(seventy-one thousand, seven hundred and eight-eight dollars and twenty-six cents), plus attorney fees, foreclosure cost and all accruals, under the terms of the deed of trust and note through the date of tender all of which the Plaintiff vigorously, alleges that the Defendant trustees and Defendant owners and their agents mislead her as well as misinformed her by stating incorrect and disputed amounts as due and owing.  (See Exhibit A)

4.    The Plaintiff states that the document submitted to her is actually void, because the Trustees have not properly sited the Plaintiff name (See Exhibit A)

2

5.   Additional, it is alleged that the attorney fees for title work is unjustifiable, this is stated because it appears that the records were not research, it the record had been search, it would have been discovered that the property is registered in the Nashville Tennessee, solely in the Plaintiff name. Delores Spencer Jefferies. **(See Exhibit B)**

6.   In addition the Plaintiff states that Chase Manhattan Home Finance has **assessed bogus charges** to her account to extort unjustifiable fees from her.

7.   The Plaintiff brought to the attention of the United States Bankruptcy Court that bogus charges were assessed to her account.

8.   Plaintiff states that in the past she was forced to file Bankruptcy to prevent foreclosure on the property due to bogus and erroneous and illegal charges assessed.

9.   The Defendant's representative Rodney Fetty, submitted and affirmed in a affidavit that the Plaintiff, owed the amount of $4,873.31, as of February 2004 **(See Exhibit C)**

10.  The Plaintiff states that the affidavit was a false statement which was a act perjury.

11.  The Bankruptcy Court requested proof of all the charges posted to the Plaintiff account.

12.  The Defendant was unable to produce proof because they did not pay to any business what they had indicated as paid and assessed to the Plaintiff's account.

13.  After this discovery, the Defendant was ordered by the U.S. Bankruptcy Court to return the money and to credit the Plaintiff account properly.

14.  The Plaintiff states that the Defendant action shows bad faith and that the Defendant's have damage her credit unjustifiably.

15.  A total of approximately $6983.82 was reversed, however all of the funds still have not be credited to the Plaintiff's account. **(See Exhibit D)**

16.  In addition other fees in the amount of $7,610.74 was posted on the account.

17.    The Plaintiff states that after commencement of her case on June 16, 2004, the Defendant, Chase Manhattan on September 30, 2004 assessed $433.00 in fees to the Plaintiff account unjustifiable again, which is fraud.(See **Exhibit E**)

18.    The Plaintiff states that she requested credit for years, requested assistance from the Federal Housing Authority and assistance was denied, the Plaintiff was instructed verbally to file a law suite against the Defendant.

19.    The Plaintiff discussed the situation in detailed to numerous customer service representative.

20.    The Defendant ignored the Plaintiff request for proper credit to her account.

21.    The Plaintiff stated that she would be withholding payment and demanded that complete credit be posted to her account.

22.    The Plaintiff also told the Defendant on several occasions that she had in her possession funds to bring the account current upon receiving credit.

23.    The Defendant did not credit the Plaintiff's account in the amount of $433.00 until sixteen months after the initial request on January 5, 2006 (See **Exhibit F**)

24.    The Defendant did not notify the Plaintiff of the partial credit.

25.    The Defendant's submitted a mortgage loan statement dated January, 17, 2006 which indicated the credit amount of $433.00, this statement was received on January 23, 2006.

26.    The Defendant did not submit to the Plaintiff an acceleration notice requesting payment.

27.    The Defendant did not submit to the Plaintiff a document informing that she may be eligible for receive homeowner assistance, which is a violation.

28.    The Defendants never requested that funds that the Plaintiff indicated that she had in her possession and able to pay upon the account being credited.

29.   The Defendant did submit to the Plaintiff a document dated January 27, 2006, indicating that the loan was forwarded to an attorney/trust to immediately initiate foreclosure proceeding. Attorney fee and costs will be added to the total amount due. (See Exhibit G)

30.   The Plaintiff states that this act was intentionally done to extort more money from the Plaintiff.

31.   The Plaintiff states that the Defendant are vindictive and has a personal vendetta against her because she has exposed them and their attempts to do illegal acts upon her on numerous occasions to the U.S. Courts and the Federal Housing Authority.

32.   The Defendant has posted funds received by the Plaintiff to another creditors account on two occasions, however the Defendant denied receiving payments from the Plaintiff under oath. (See Exhibit H & I)

33.   The Plaintiff mailed a payment in the amount of $730.00 directly to the Defendant at 3515 Vision Drive, Columbus, OH in September 2006, the payment was never posted to the Plaintiff account or returned to the Plaintiff with an explanation.

34.   The Plaintiff was forced to request a refund from the United States Postal Service, which took approximately 95 ninety five days for the Plaintiff to receive. (See Exhibit J)

35.   The Plaintiff never received credit from a payment of $330.73 that was submitted to the Defendant by Timothy P. Branigan the US Bankruptcy Court Trustee. (See Exhibit K)

36.   The Plaintiff states that she is not in default past ninety (90) days.

37.   The Plaintiff states that she does not now what she owes it anything, because the Defendant has not credited her account properly for years.

38.   The Defendant has also charged bogus fees to her account since the commencement of the loan in 1993.

39. On April 18, 2006, a proof of claim was submitted to the United States Bankruptcy court for the District of Columbia, The proof of claim, indicated that the Plaintiff was in default $829.00 for the month of 7/05 and $6561.45 for the months of 8/05-4/06. $203.00 in late charges and additional charges for miscellaneous fees.

40. The Plaintiff states that she believes that the charges indicated are bogus also (see exhibit D). The Defendant's trustee mailed the Plaintiff copy to 826 Wood Craft Drive, Nashville, Tennessee, which is not an address location in the City of Nashville, and the Defendants are very well away of this fact.. The Plaintiff alleges that the Defendant purposely gave the Trustee the wrong address deliberately. **(See Exhibit L)**

41. The Defendant never submitted a Proof of Claim to the Plaintiff at her place of residency at 73 Galveston Street.

42. The Plaintiff submitted a change of address to Chase on 10/02/2005, which the Defendant confirmed receiving in their letter dated October 17, 2005. **(See Exhibit M)**

43. The Plaintiff has paid the Defendant a total of $ 8,278, since April 16, 2006. **(See Exhibits N,O,P,Q)**

44. The Defendant has failed to tell the Plaintiff verbally or in writing the amount of expenses assessed to her account which is a breach of contract and unlawful.

45. The Plaintiff contacted Chase Home Finance to make a payment via telephone on May 30, 2006, and was told by Joan, a Customer Service Representative that payments would not be accepted, which was another violation of the law because the past due amount on mortgage payments did not exceed the 90 day requirement to justify denial of payment and the initiation of foreclosure, additional, the call was transferred to the foreclosure department which never returned the Plaintiff call.

46.  The Plaintiff submitted the payment to Chase Manhattan through Western Union Quick Collect, transaction number 650-012-5245. (See Exhibit R).

47.  The Plaintiff contacted Chase Manhattan Home Finance again to obtain information and to resolve the issues at hand on June 5, 2006, and the call was electronically transferred to Wilson & Associates LLC (501) 219-9388 after the Plaintiff entered her account number in the phone automated system.  The Plaintiff requested to speak with a supervisor.

48.  The Plaintiff was connected to a supervisor namely Shannon at approximately 10:35 am.

47.  The Plaintiff requested information regarding the date the file was sent to Wilson & Associates from Chase Home Finance and the amount that they indicated was delinquent and the amount needed to reinstate the loan.

49.  The Trustees, Shannon of W&A indicated verbally that she did not know the date nor the amount needed to reinstate the loan,  The Trustee also stated to the Plaintiff that they only received the Plaintiff's name and the address or the property and was told to initiate immediate foreclosure.

50.  Plaintiff requested a reinstatement quote on June 5, 2006, however to this date, August 5, 2006, the Trustee has not forwarded to the attention of the Plaintiff the information requested, which is a violation of the Right to Cure a Debit.

51.  The Plaintiff states that the initiation of Foreclosure proceeding by Chase Home Finance and their Trustee is illegal.

52.  Additionally, the Plaintiff contends that her Due Process Rights were violated by the Defendants, that the notice of Foreclosure is defective and inaccurate.

53.  Now the Defendant Chase Home Finance seeks to foreclose on this loan on August 16, 2006. (See Exhibit S)

7

## VOIDING THE FORECLOSURE SALE

54.   Furthermore, the Plaintiff states that the Foreclosure proceedings initiated are unjustifiable and illegal because the Plaintiff is not in default for mortgage payment past the ninety (90) day time frame which is one of the regulations of the Federal Housing Authority Regulations. The Plaintiff contends that she was denied an opportunity to receive the required information and has not been given a **CORRECT** cure amount in complete contravention of D.C law 5-82 "Right to Cure a Residential Mortgage Foreclosure Default Act of 1984) and supporting case law of Bank-fund Staff Credit Union v. Cuelar, 639A. 2d 561 (1994), which requires that statement of accounting showing how the cure amount was arrived at be included in the notice sent to the owner. The court, in this instance case, observed that "strict compliance of the statutory provisions must be adhered to by anyone trying to foreclose on a residential mortgage. That has simply not been the case here as the following contentions will show.

55.   In addition the Defendant has failed to site the Plaintiff name correctly and they also have not properly served the Plaintiff as required by law.

56.   The Defendant has preformed numerous violations in their action against the Plaintiff.

### COUNT I
### (Wrongful Foreclosure)

1.   That the Defendant failed to give the Plaintiff the required thirty (30) day notice by certified mail, return receipt requested, pursuant to D.C. Code Section 42-815 (b) (2001) and 9 DMCR 311 (1986), whereas the alleged Notice of Foreclosure sent to the Plaintiff (in a legally insufficient manner, improper service) failed to evidence and include a stamped receipt from the office of the Recorder of Deeds, which is the statutorily prescribed manner, to signal the commencement of the calculation of the 30 days before the sale, thereby nullifying any alleged

30 day Notice of Foreclosure as being legally insufficient, being contrary to statutory and case laws. See Independence Federal Saving Bank v. Huntley, 573 A. 2d 787 (1990), D.C. CODE Section 42-815 (b) (2001), 45-715 (b) (1981).

2.    That the Plaintiff was not served with any Notice as to the substitution of the trustee in this case prior to the publication of the 30-day notice as required by D.C. Code Section 42-814 (2001)

3.    That the Trustees have exceeded the powers granted to them by the trust instrument in not undertaking the duties delegated to them as aforementioned by Statue.

4.    The Defendant has indicated the incorrect amount owed on the account

5.    Foreclosure notices were not mailed to the Plaintiff, via Certified, Returned Receipt mail as required by law.

**COUNT II**
**(Breach of Contract)**

6.    That the Defendant failed to serve on the Plaintiff as required by law Notice of Default as well as the Notice of Acceleration prior to the issuance of the aforementioned 30 day Notice as required by the Fair Debt Collection practices Act 1978, 15 U.S.C 1601, et seq. (1982 & Supp. III 1985). The Defendant submitted the Plaintiff file to the Law office of Wilson and Associates prematurely.

7.    The foreclosure is a material breach of the contract, which caused the plaintiff to be damaged.

8.    All payments would have been current, but for refusal of Defendant Chase Home Finance and its employees/contractors and Trustee to provide the correct amount due.

9.    The Defendant told the Plaintiff that they would not accept payments and the loan is not 90 days past due.

## COUNT III
### (Negligence)

10.    That the Defendant failed to follow the mandatory required statutory provisions necessary and specified by the D.C. Code Title 42 (2001) and the DCMR for the foreclosure sale of a real estate property in Nashville, TN.

11.    The State of Tennessee Codes, requires that all foreign corporations be issued Certificates of Authorities and that if said corporations are not in good standing, then they are not allowed to institute any legal proceeding against any person. The name used by the   Defendant's in the alleged Notice of Foreclosure is Chase Home Finance LLC. A search     of the records of the Secretary of state in Nashville, **INDICATES THAT CHASE HOME FINANCE, WAS NOT REGISTERED TO DO BUSINESS AT THE TIME OF THE NOTICE AND URPORTED FORECLOSURE SALE IN NASHVILLE, TENNESS, ITS STATUS HAVING BEEN REVOKED SINCE 1999. (see exhibit S)**

12.    The Plaintiff's past due payment amount is not three months behind.

13.    The Defendant failed to correctly recite the pertinent rights in the notice sent to the Plaintiff. Additionally due to the lack of service on the Plaintiff via of the Consumer Fair Debt Letter in a legally sufficient manner, there is equally no service of the amount as well as the denial of the exercise of said rights by the Defendant as a result of the defective 30-day Notice of Foreclosure as aforementioned, thereby infringing upon and violating the enshrined due process protection granted by the United States Constitution, as well as mandatory statutory obligations required of the Plaintiff's yet unfulfilled.

14.    The Defendant has committed and initiated a "Wrongful Foreclosure", "Breach of Contract" and has been "Negligent".

15.    All lenders, their employees/contractors and Trustee have a mandatory duty to avoid illegal foreclosures, to keep accurate records, provide all required payment related documents to the borrower, and avoid committing unlawful trade practices.

16.    All Defendants breached this duty by their efforts to conduct a foreclosure sale while they frustrated Plaintiff's efforts to remain current.

17.    The failure to keep accurate by imposing bogus charges was the proximate cause of the foreclosure, which has damaged the Plaintiff.

## COUNT IV
### (D.C Consumer Protection Procedures Act)

18.    All Defendants have violated the D.C. Consumer Protection Procedures Act, D.C. Code, Sect. 28-3901 et seq. (2001 ed) ("Consumer Act")

   (a)    misrepresent as to a material fact which has a tendency to mislead;
   (b)    fail to state a material fact
   (c)    harass, or threaten a consume with any act other than legal process, either by telephone, cards or letters;
   (d)    fail to supply a consumer a copy of a \sales or service contract, lease, promissory note, trust agreement or other evidence of indebtedness which the consumer may execute; and
   (e)    make or enforce unconscionable terms or provision of sales or lease.

**WHEREFORE**, The Plaintiff prays that his Honorable Court:

1. Set aside the proposed foreclosure set for August 16, 2006 or about 10:00 am.

2. Enjoin the Defendant and its agents from undertaking the proposed foreclosure.

3. The Defendants, submit a refund to the Plaintiff for credit that should have been given in 2004.

4. Payments received from the Plaintiff and not credited be credited immediately.

5. Award Plaintiff judgment under Count I in the amount of $250.000 against all

6. defendants, and will also award Plaintiff temporary, preliminary and permanent injunctive relief;

11

7.  Award Plaintiff judgment under Count II in the amount of $250.000 against all defendants

8.  Award Plaintiff judgment under Count III in the amount of $250.000 against all defendants

9.  Award Plaintiff judgment under Count IV in the amount of $250.000 against all defendants

10. Award Plaintiff punitive damages in the amount of 400,000.00 for defendant's wanton, reckless, contemptuous and vexation conduct;

11. Award reasonable attorney's fees; and

12. Grant such further relief as it deems just and equitable

## JURY DEMAND

Plaintiff demands trial by jury on all issues.

Respectfully Submitted by,

Delores Spencer-Jefferies, Debtor
73 Galveston Street, S.W. #101
Washington, DC  20032
(202) 373-1124
**Pro Se**



**WILSON & ASSOCIATES, P.L.L.C.**

**Attorneys at Law – Arkansas and Tennessee**
1521 Merrill Drive, Suite D-220
Little Rock AR 72211
501-219-9388
Fax: 501-219-9458
Internet: www.wilson-assoc.com

> **THIS LAW FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED CAN BE USED FOR THE PURPOSE OF COLLECTING THE DEBT.**

June 19, 2006

Ms. Deloris Sullivan
73 Galveston Street Southwest Apt. 101
Washington, DC  20032

RE:    Kevin M. Sullivan and Deloris Sullivan a/k/a Deloris S. Sullivan
826 Woodcraft Drive
Nashville, Tennessee 37214
Loan No. 3005883860 / W&A No. 700-7374/700-23399
FHA No. 483-2174375-703

Dear Ms. Sullivan:

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU HAVE PREVIOUSLY BEEN DISCHARGED FROM A CHAPTER 7 OR 13 BANKRUPTCY, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY. IF YOU HAVE RECEIVED SUCH A DISCHARGE, THIS LETTER ONLY SERVES AS NOTICE OF THE POTENTIAL FORECLOSURE AS REQUIRED BY EITHER YOUR SECURITY INSTRUMENT, STATE LAW, AND/OR THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT.**

Wilson & Associates, P.L.L.C. has been retained by Chase Home Finance LLC to initiate foreclosure proceedings on the above-referenced property. You are currently in default under the terms of your note and deed of trust/mortgage in that you have failed to make the payments due through the date of this letter. The debt has been accelerated. The amount of the debt that we are attempting to collect and the total amount currently due on your loan as of the date of this letter is $71,788.26. Because of interest, late charges, and other charges that may vary from day to day, the exact amount due on the day that you pay may be greater. If you make a payment that will be received after the date of this letter, you should contact our Loss Mitigation Department at 501-224-5239 to confirm what additional amounts have become due.

We are required by your security instrument to advise you that you have a right to reinstate the loan after acceleration and a right to assert in any foreclosure proceeding that no default exists, or any other defense you may have to acceleration and foreclosure. The lender is entitled to collect all expenses of foreclosure including, but not limited to, reasonable attorney's fees, costs of documentary evidence, abstracts, appraisals, and title reports.

**Exhibit A**

Ms. Deloris Sullivan
June 19, 2006
Page 2

UNLESS, WITHIN THIRTY (30) DAYS AFTER RECEIPT OF THIS NOTICE, YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, WE WILL ASSUME THE DEBT TO BE VALID. IF, WITHIN THIRTY (30) DAYS OF YOUR RECEIPT OF THIS NOTICE, YOU NOTIFY US IN WRITING THAT THE DEBT OR ANY PORTION THEREOF IS DISPUTED, WE WILL OBTAIN A VERIFICATION OF THE DEBT OR, IF THE DEBT IS FOUNDED UPON A JUDGMENT, A COPY OF THE JUDGMENT, AND WE WILL MAIL YOU A COPY OF SUCH VERIFICATION OR JUDGMENT.

IF THE ORIGINAL CREDITOR IS DIFFERENT FROM THE CREDITOR NAMED ABOVE, THEN UPON YOUR WRITTEN REQUEST WITHIN THIRTY (30) DAYS OF THE RECEIPT OF THIS NOTICE, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR.

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU HAVE PREVIOUSLY BEEN DISCHARGED FROM A CHAPTER 7 OR 13 BANKRUPTCY, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY. IF YOU HAVE RECEIVED SUCH A DISCHARGE, THIS LETTER ONLY SERVES AS NOTICE OF THE POTENTIAL FORECLOSURE AS REQUIRED BY EITHER YOUR SECURITY INSTRUMENT, STATE LAW, AND/OR THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT.

If you have any questions regarding the contents of this letter, please feel free to contact our Loss Mitigation Department at 501-224-5239.

Sincerely,

WILSON & ASSOCIATES, P.L.L.C.

Aaron L. Squyres

CFairDebtLettertoPrimaryDebtor_4_apaige_060619_1145



# WILSON & ASSOCIATES, P.L.L.C.

Wilson & Associates, P.L.L.C.
Attorneys at Law

1521 Merrill Drive
Suite D-220
Little Rock, AR 72211





Page: 1 Document Name: IBM MAINFRAME TELNET

```
LA01M
* 108-15-0 001.00          826 WOODCRAFT DR
                                           NASHVILLE, TN        03D  91486
   LOT 174-A PERCY PRIEST WOODS SUB SEC 4 ZLD                   37214
                                                                085X051XIRR
   USE  016 8 RESIDENTIAL ZERO LOT LINE U AIR      ZONE R10        .13  ACRES
                                                                RES, MED DENS
                                                                REGISTR. #


          SPENCER-JEFFRIES, DELORES
      MA- SAME AS PROPERTY ADDRESS              12/11/1995 DB-00009890 0000575
SALE PRICE
   L  %                  SALE CODE- F   V/I- I           MTG- TA  C505883860
   R 25        LAND      IMPV           TOTAL  *     APPR HIST  *    CODES
             15,100      65,100         80,200                      ENVIRONMENT
              3,775      16,275         20,050       DETAIL PR      UTILITIES
                                               *    CHAIN       *   NOTES


                                        TAZ/SECTOR 184 FLOOD PLAIN  NO
TOTAL        15,100      65,100         C TR    156.01  CEN BLOCK    510
              3,775      16,275         80,200  DIST PCT 13 03  HYDR UNIT
02/12/2001   01758468       AS 99 NP    20,050  TOTAL STRUCT      0 SETBACK
APPRAISED VALUES EFFECTIVE 01/01/1997   41-32   FOR TAX INFORMATION KEY:
   EST. 03/15/1985 STATUS ACTIVE                C FOR CURRENT, D FOR DELINQUENT
```

Exhibit B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                        * CASE NO.: 02-1-0450-DK
DELORES JEFFERIES-SPENCER, A/K/A   *
    DELORIS SULLIVAN                      *
Debtor                                        *
* * * * * * * * * * * * * * * *    *
                                              *
CHASE MANHATTAN MORTGAGE      *
    CORPORATION                          *
Movant                                        *
                                              *
vs.                                           * CHAPTER 13
                                              *
DELORES JEFFERIES-SPENCER, A/K/A   *
    DELORIS SULLIVAN                      *
KEVIN M. SULLIVAN, Co-Debtor        *
Respondents                                 *
* * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT

I, Rodney Fetty, an Employee of Chase Manhattan Mortgage Corporation and having personal knowledge of the books and records of the aforementioned Chase Manhattan Mortgage Corporation hereby certify and affirm that Chase Manhattan Mortgage Corporation has not received the payment(s) due in accordance with an Order entered on or about August 15, 2003.

The amount of default under the Order as of (*) February 2, 2004, is (C) $4873.31.

(*) This Affidavit does not reflect any additional moneys which have come due since this date. These additional moneys must also be paid to cure the default.

LAW OFFICES
FRIEDMAN &
MacFADYEN, P.A.
TOTMAN BLDG. - SUITE 400
210 EAST REDWOOD STREET
BALTIMORE MD 21202-3399
(410) 465-1763

**Exhibit C**

RE: Chase Manhattan Mortgage Corporation
    v. TAFFERES-SPENCER, DELORES
    Case No.: 01-1-0450-DK
    Loan No.: ~~~~~~~~~~
    Chapter 13

I hereby certify and affirm under the penalties of
perjury that the aforegoing facts are true to the
best of my knowledge.


_(signature)_


_(signature)_
NOTARY PUBLIC
My commission expires: 8/13/08


COURTNEY L. OLAH
Notary Public
In and for the State of Ohio
My Commission Expires
Aug. of 13, 2008

LAW OFFICES
FRIEDMAN &
MacFADYEN, P.A.
TOTMAN BLDG. - SUITE 400
210 EAST REDWOOD STREET
BALTIMORE, MD 21202-3379

(410) 685-1763

RE: Chase Manhattan Mortgage Corporation
    v. Jefferies-Spencer, Delores
    Case No.: 02-1-0450-DK
    Chapter 13

## ***CERTIFICATION OF SERVICE***

I hereby certify and affirm that I mailed copies of the aforegoing Affidavit by first class mail, postage prepaid to Timothy P. Branigan, Trustee, P.O. Box 1902 , Laurel, Maryland 20725-1902; Delores Jefferies-Spencer, 825 Woodcraft Drive, Nashville, Tennessee 37214; Kevin M. Sullivan, 825 Woodcraft Drive, Nashville, Tennessee 37214; Delores Jefferies-Spencer, 3903 Clark Street, Capitol Heights, Maryland 20743; Kevin M. Sullivan, 3903 Clark Street, Capitol Heights, Maryland 20743; Delores Jefferies-Spencer, 826 Woodcraft Drive, Nashville, Tennessee 37214 Kevin M. Sullivan, 826 Woodcraft Drive, Nashville, Tennessee 37214; on this _____ day of _____, 2004.

                                      Michael T. Cantrell, Esquire

LAW OFFICES
FRIEDMAN &
MacFADYEN, P.A.
TOTMAN BLDG - SUITE 40c
213 EAST REDWOOD STREET
BALTIMORE, MD 21202-3306

(410) 685-1763

# CHASE

**THE RIGHT RELATIONSHIP IS EVERYTHING.®**

Customer Care Phone:          1-800-848-9136
Please send payments ONLY to:  PO BOX 9001871
                               LOUISVILLE KY 40290-1871
Hearing Impaired (TDD):        1-800-582-0542

#49916 2605 CHAS001R ET2005 8OR 6,355

#BWNJCCL
#3133005883860093#        6,355 0

DELORES S JEFFERIES
2031 BROOKS DRIVE
APT 410
FORESTVILLE, MD 20747-1007

| Loan Number: | 3005883860 |
|---|---|
| Statement Date: | 09/15/04 |
| Payment Due Date: | 10/01/04 |
| Property Address: | |
| 826 Woodcraft Drive, Nashville TN 37214 | |

**Loan Information:**
**Balances:**

| | |
|---|---|
| Principal Balance on 09/15/04 | $70,004.46 |
| Escrow Balance on 09/15/04 | $45.51 |
| **Payment Factors:** | |
| Interest Rate | 8.25000% |
| Principal & Interest | $557.64 |
| Escrow Payment | $215.50 |
| Optional Products | $0.00 |
| Past Due Payment | $0.00 |
| Unpaid Late Charges | $0.00 |
| Miscellaneous Fees | $16.14 |
| Total Payment | $789.28 |
| **Year-to-Date:** | |
| Interest | $7,770.71 |
| Taxes | $0.00 |
| Principal | $1,151.53 |

## Chase Presents The Following Opportunities To You

Found the home of your dreams? Talk to Chase Home Finance first! We will meet your closing date or pay you $300*--- guaranteed.  Call a mortgage consultant today at 1-877-850-3822.  * Certain restrictions apply.

Stop Paying Interest! Now you can pay off your credit cards at our lowest rate with no annual fee! Call 1-800-971-Chase (offer code: GA) now, to apply for your Chase Platinum credit card and everything it offers.

## Activity Since Your Last Statement

| TRANSACTION DESCRIPTION | TRANSACTION DATE | TOTAL RECEIVED | PRINCIPAL | INTEREST | ESCROW | OPTIONAL PRODUCTS | MISCELLANEOUS OR FEES |
|---|---|---|---|---|---|---|---|
| MISC FEES ASSESSED | 04/02/04 | | | | | | 17.00 |
| SUSPENSE FUNDS APP | 04/02/04 | 542.45 | | | | | 542.45 |
| FEE PAYMENT | 04/02/04 | | | | | | 542.45 |
| MORTGAGE INS PD | 04/03/04 | | | | 23.93 | | |
| LATE CHG ASSESSED | 04/16/04 | | | | | | 32.18 |
| MORTGAGE INS PD | 05/04/04 | | | | 23.93 | | |
| MISC FEES ASSESSED | 05/05/04 | | | | | | 17.00 |
| LT CHARGE WAIVED | 05/14/04 | | | | | | 833.74 |

## Important Messages About Your Account

*Chase FastPay is a quick and easy way to make your mortgage payment.  Simply call 1-800-848-9136 toll free to make your payment the easy and automated FastPay way.  Effective September 25, 2004, Chase will process all FastPay payments by automatic debit from your savings or checking account.*

****** 

Please refer to the back of this statement for important information about your account.

******

You can always call on Chase. One visit to our website or a quick phone call can get you the answers you want and the help you need. Simply go to www.chasehomecustomers.com  or call 1-800-848-9136  and you can do everything from confirming receipt of your last payment to obtaining year-end tax and interest information, and much more -- all 24 hours a day, seven days a week. And if you would like to speak to a Chase Customer Care Professional directly, they are available to assist you Monday through Friday, from 8:00 a.m. to 8:00 p.m., Eastern Time.

Please detach and return the bottom portion of this statement with your payment using the enclosed envelope.

Exhibit D

## CHASE

THE RIGHT RELATIONSHIP IS EVERYTHING.®

**Customer Care Phone:** 1-800-848-9136
**Please send payments ONLY to:** PO BOX 9001871
LOUISVILLE KY 40290-1871
**Hearing Impaired (TDD):** 1-800-582-0542

06091L 2005 CHASE01R L17200S BOR 6,555

Page 2 of 3

**Loan Number:** 3005883860
**Statement Date:** 09/15/04
**Property Address:**
826 Woodcraft Drive, Nashville TN 37214

DELORES S JEFFERIES
2031 BROOKS DRIVE
APT 410
FORESTVILLE, MD 20747-1007

**Additional transactions are listed below.**

### Additional Activity Since Your Last Statement

| TRANSACTION DESCRIPTION | TRANSACTION DATE | TOTAL RECEIVED | PRINCIPAL | INTEREST | ESCROW | OPTIONAL PRODUCTS | MISCELLANEOUS OR FEES |
|---|---|---|---|---|---|---|---|
| PAYMENT | 05/17/04 | 788.81 | 68.91 | 488.73 | 231.17 | | |
| PAYMENT | 05/17/04 | 788.81 | 69.39 | 488.25 | 231.17 | | |
| PAYMENT | 05/17/04 | 788.81 | 69.86 | 487.78 | 231.17 | | |
| PAYMENT | 05/17/04 | 788.81 | 70.34 | 487.30 | 231.17 | | |
| PAYMENT | 05/17/04 | 788.81 | 70.83 | 486.81 | 231.17 | | |
| PAYMENT | 05/17/04 | 788.81 | 71.31 | 486.33 | 231.17 | | |
| PAYMENT | 05/17/04 | 788.81 | 71.80 | 485.84 | 231.17 | | |
| LT CHG PMT REV | 05/17/04 | | | | | | |
| FEE PYMT REVERSED | 05/17/04 | | | | | | 1,600.46 |
| PROP. FEE REVERSED | 05/17/04 | | | | | | 3,932.84 |
| LATE CHG ASSESSED | 05/17/04 | | | | | | 407.73 |
| LT CHARGE WAIVED | 05/18/04 | | | | | | 30.93 |
| FEE WAIVED | 05/19/04 | | | | | | 1,631.39 |
| PROPERTY FEE WAIVED | 05/19/04 | | | | | | 5,417.52 |
| PAYMENT | 05/20/04 | 804.46 | 72.07 | 485.57 | 246.82 | | 561.92 |
| MISC FEES ASSESSED | 06/04/04 | | | | | | 17.00 |
| MORTGAGE INS PD | 06/04/04 | | | | 23.93 | | |
| LATE CHG ASSESSED | 06/16/04 | | | | | | 30.93 |
| HOMEOWNERS INS PD | 06/18/04 | | | | 1,284.00 | | |
| ATTORNEY FEE | 06/25/04 | | | | | | 300.00 |
| ATTORNEY FEE | 06/25/04 | | | | | | 599.00 |
| MORTGAGE INS PD | 07/03/04 | | | | 23.93 | | |

**CHASE**

THE RIGHT RELATIONSHIP IS EVERYTHING.®

Customer Care Phone          1-800-848-9136
Please send payments ONLY to:   PO BOX 9001871
                                LOUISVILLE KY 40290-1871
Hearing Impaired (TDD):      1-800-582-0542

849916 2006 CHAS001R ET2805 BDR 6,355

Page 3 of 3

**Loan Number:**          3005883860
Statement Date:           09/15/04
Property Address:
826 Woodcraft Drive, Nashville TN 37214

DELORES S JEFFERIES
2031 BROOKS DRIVE
APT 410
FORESTVILLE, MD 20747-1007

### Additional transactions are listed below.

### Additional Activity Since Your Last Statement

| TRANSACTION DESCRIPTION | TRANSACTION DATE | TOTAL RECEIVED | PRINCIPAL | INTEREST | ESCROW | OPTIONAL PRODUCTS | MISCELLANEOUS OR FEES |
|---|---|---|---|---|---|---|---|
| MISC FEES ASSESSED | 07/07/04 | | | | | | 17.00 |
| LATE CHG ASSESSED | 07/16/04 | | | | | | 30.93 |
| PAYMENT | 07/30/04 | 804.46 | 72.57 | 485.07 | 246.82 | | |
| MORTGAGE INS PD | 08/04/04 | | | | 23.53 | | |
| MISC FEES ASSESSED | 08/07/04 | | | | | | 17.00 |
| LATE CHG ASSESSED | 08/16/04 | | | | | | 30.93 |
| PAYMENT | 08/23/04 | 773.14 | 73.07 | 484.57 | 215.50 | | |
| PAYMENT | 08/23/04 | 773.14 | 73.57 | 484.07 | 215.50 | | |
| PAYMENT | 08/23/04 | 773.14 | 74.08 | 483.56 | 215.50 | | |
| PAYMENT | 08/23/04 | 773.14 | 74.58 | 483.06 | 215.50 | | |
| PAYMENT | 08/23/04 | 773.14 | 75.10 | 482.54 | 215.50 | | |
| LT CHARGE REVERSED | 08/23/04 | | | | | | |
| FEE REVERSED | 08/23/04 | | | | | | 92.79 |
| PROP. FEE REVERSED | 08/23/04 | | | | | | 899.00 |
| MISC FEES ASSESSED | 08/28/04 | | | | | | 51.00 |
| MORTGAGE INS PD | 09/04/04 | | | | | | 17.00 |
| PROP. FEE PAYMENT | 09/15/04 | | | | 23.53 | | |
| PAYMENT | 09/15/04 | 773.14 | 75.61 | 482.03 | 215.50 | | 0.86 |

# CHASE

THE RIGHT RELATIONSHIP IS EVERYTHING®

Customer Care Phone
1 800 848 9380

Please send payments ONLY to:  PO BOX 9001871
LOUISVILLE KY 40290 1871

Hearing Impaired (TDD)
1 800 582 0542

#41973 2005 CHS0018 FY200A BOR 22,866

#BWNJCCL
#3133005883860101#     22,866 AC CC 0

DELORES S JEFFERIES
2031 BROOKS DRIVE
APT 410
FORESTVILLE, MD 20747-1007

**Loan Number:** 3005883860
**Statement Date:** 10/16/04
**Payment Due Date:** 10/01/04
**Property Address:**
826 Woodcraft Drive, Nashville TN 37214

**Loan Information:**
**Balances:**

| | |
|---|---|
| Principal Balance on 10/16/04 | $70,004.46 |
| Escrow Balance on 10/16/04 | $21.98 |

**Payment Factors:**

| | |
|---|---|
| Interest Rate | 8.25000% |
| Principal & Interest | $557.64 |
| Escrow Payment | $215.50 |
| Optional Products | $0.00 |
| Past Due Payment | $773.14 |
| Unpaid Late Charges | $30.93 |
| Miscellaneous Fees | $449.14 |
| Total Payment | $2,026.35 |

**Year-to-Date:**

| | |
|---|---|
| Interest | $7,770.71 |
| Taxes | $0.00 |
| Principal | $1,151.53 |

## Chase Presents The Following Opportunities To You

**Found the home of your dreams?** Talk to Chase Home Finance first! We will meet your closing date or pay you $300*— guaranteed.  Call a mortgage consultant today at 1-877-850-3822. * Certain restrictions apply.

**Stop Paying Interest!** Now you can pay off your credit cards at our lowest rate with no annual fee! Call 1-800-971-Chase (offer code: JA) now, to apply for your Chase Platinum credit card and everything it offers.

## Activity Since Your Last Statement

| TRANSACTION DESCRIPTION | TRANSACTION DATE | TOTAL RECEIVED | PRINCIPAL | INTEREST | ESCROW | OPTIONAL PRODUCTS | MISCELLANEOUS OR FEES |
|---|---|---|---|---|---|---|---|
| ATTORNEY FEE | 09/30/04 | | | | | | 133.00 |
| ATTORNEY FEE | 09/30/04 | | | | | | 300.00 |
| MORTGAGE INS PD | 10/04/04 | | | | 23.53 | | |
| LATE CHG ASSESSED | 10/16/04 | | | | | | 30.93 |

## Important Messages About Your Account

We have not received your monthly mortgage payment as of 10/16/04. Perhaps you have forgotten? If you have not already forwarded this payment, please send it along with the attached coupon. Chase Home Finance is attempting to collect a debt and any information obtained will be used for that purpose.

\*\*\*\*\*\*

Please refer to the back of this statement for important information about your account.

\*\*\*\*\*\*

You can always call on Chase. One visit to our website or a quick phone call can get you the answers you want and the help you need. Simply go to www.chasehomecustomers.com  or call 1-800-848-9136 and you can do everything from confirming receipt of your last payment to obtaining year-end tax and interest information, and much more -- all 24 hours a day, seven days a week. And if you would like to speak to a Chase Customer Care Professional directly, they are available to assist you Monday through Friday, from 8:00 a.m. to 8:00 p.m., Eastern Time.

Please detach and return the bottom portion of this statement with your payment using the enclosed envelope.

Exhibit E

# CHASE ⬡

Customer Care Phone:     1-800-848-9380
Please send payments ONLY to:   PO BOX 9001871
                         LOUISVILLE KY 40290-1871
Hearing Impaired (TDD):   1-800-582-0542

060110 2005 CHF30008 ET2005 BOR 20,519

#BWNJCCL
#3133005883860010#     20,519 BRE 0

DELORES S JEFFERIES
73 GALVESTON ST. SW APT 101
WASHINGTON DC 20032-1974

## MORTGAGE LOAN STATEMENT

| | |
|---|---|
| Loan Number: | 300588 3860 |
| Statement Date: | 01/17/06 |
| Payment Due Date: | 07/01/05 |
| Property Address: | |
| | 826 Woodcraft Drive, Nashville TN 37214 |

**Loan Information:**

**Balances:**

| | |
|---|---|
| Principal Balance on 01/17/06 | $69,151.88 |
| Escrow Balance on 01/17/06 | $1,002.30 |

**Payment Factors:**

| | |
|---|---|
| Interest Rate | 8.25000% |
| Principal & Interest | $557.64 |
| Escrow Payment | $171.41 |
| Optional Products | $0.00 |
| Past Due Payment | $5,203.30 |
| Unpaid Late Charges | $149.86 |
| Miscellaneous Fees | $95.00 |
| Total Payment | $6,177.21 |

**Year-to-Date:**

| | |
|---|---|
| Interest | $0.00 |
| Taxes | $0.00 |
| Principal | $0.00 |

## Chase Presents The Following Opportunities To You

Looking for that new home or investment Property? Talk to Chase Home Finance first. We can pre-approve you for a loan amount so you have confidence in knowing how much you can afford before you go shopping. Call a Mortgage Consultant at 1-877-850-3822. Stop by a local branch or visit us on the web at www.Chase.com/dreamhome2.

## Activity Since Your Last Statement

| TRANSACTION DESCRIPTION | TRANSACTION DATE | TOTAL RECEIVED | PRINCIPAL | INTEREST | ESCROW | OPTIONAL PRODUCTS | MISCELLANEOUS OR FEES |
|---|---|---|---|---|---|---|---|
| MISC FEES ASSESSED | 12/30/05 | | | | | | 25.00 |
| MORTGAGE INS PD | 01/04/06 | | | | 23.09 | | |
| FEE PYMT REVERSED | 01/05/06 | | | | | | 433.00 |
| FEE WAIVED | 01/06/06 | | | | | | 433.00 |
| LATE CHG ASSESSED | 01/17/06 | | | | | | 29.16 |

## Important Messages About Your Account

Please refer to the back of this statement for important information about your account.
                              ******

When sending your payment, please be sure the Chase address, on the attached payment stub, appears in the window of the enclosed envelope.

Or make your payments online with ease, convenience and security.  Simply visit www.chase.com/chaseonline to pay bills, check the status of your accounts, review your loan balances and contact us via secure e-mail.

If you need to make your payment today, call 1-866-836-8339 toll free and select the FastPay option! You may make your mortgage payment until 8:00 p.m., Eastern Time, on a business day, and your payment is credited to your account that day. A service fee may apply.

Exhibit D



Chase Home Finance LLC
3415 Vision Drive
Columbus, OH 43219-6009
1-800-981-3792 Foreclosure Department

1/27/06

DELORES JEFFERIES

73 GALVESTON ST SW APT 101
WASHINGTON DC 20032-1974

Re: CHF Loan No .          3005883860

Property Address          826 WOODCRAFT DRIVE
                          NASHVILLE, TN 37214-0000

Dear Mortgagor(s):

This letter is to notify you that we have forwarded your loan to an attorney/trustee to immediately initiate foreclosure proceedings. Attorney fees and costs will be added to the total amount due.

Please understand that any previous payoff or reinstatement quote you may have received prior to today's date is null and void. If you wish to reinstate or payoff your loan or have questions, please contact the attorney/trustee who is handling the foreclosure at the following address:

          WILSON & ASSOCIATES
          1521 MERRIL DRIVE SUITE D-220
          LITTLE ROCK AR 72211-2211
          501-219-9388

If you cannot pay the total amount due, alternatives to foreclosure may be available to you. Please contact the HOMEOWNER'S ASSISTANCE DEPARTMENT immediately at 1-800-446-8939 for more information.

Please be advised that the foreclosure action will continue during the review by The Homeowner's Assistance Department. If this loan is not brought current or a foreclosure alternative is not agreed upon prior to the foreclosure sale date, you will be notified when the property should be vacated. Your cooperation and timely response is essential in helping you.

Sincerely,

Sheronda Barnett
Foreclosure Analyst
Chase Home Finance LLC

Exhibit G





Exhibit H



PP0301



Exhibit I


**UNITED STATES POSTAL SERVICE**

ACCOUNTING SERVICE CENTER, 2825 LONE OAK PARKWAY, EAGAN MN 55121-9640
TELEPHONE NUMBER: 1-866-974-2733

Page 1 of 1

### *Remittance Advice*

12-21-2005

DELORES JEFFERIES
73 GALVESTON ST SW APT 101
WASHINGTON DC 20032-1974

Vendor ID:        00000000400001
Check Number:   0304321403
Check Amount:   $*****750.00
Check Date:      12-21-2005

The accompanying check is for payment under the contract number(s), invoice(s), claim(s) or travel voucher(s)/advance(s) listed below. Questions concerning payments issued against a contract number should be directed to the Contracting Officer who is responsible for administering the contract.

| Contract Number | Travel Dates/ Invoice/Claim Number | Invoice Date | Gross Amount/ PPA Days Past Due | Inv Paid Amt/ PPA Int Rate | Discount Amt/ PPA Int Amt | Advance Appl'd/ Tax Withhold/ PPA Pnlty Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| NONE | 0724556425A-1 Replacement for 0724556425 | 12/20/05 | 750.00 | 750.00 | 0.00 | 0.00 | 750.00 |

- -Separate Along The Perforation- -

Not Go ahead to the Account or Redued

Exhibit J

```
02-1-0450   DELORES JEFFERIES-SPENCER                              PAGE:   3
```

## D I S B U R S E M E N T S

| DATE | CODE | DESCRIPTION | AMOUNT | TERM | CREDNO/CLM | CHECK NO |
|------|------|-------------|--------|------|-----------|----------|
| Oct 31, 2003 | DREF | DEBTOR REFUND/CASE CLOSE | 820.11 | T99 | 000000/0000 | 0070324 |
| Nov 28, 2003 | DREF | DEBTOR REFUND/CASE CLOSE | 334.10 | T99 | 000000/0000 | 0072340 |
| Dec 31, 2003 | DREF | DEBTOR REFUND/CASE CLOSE | 501.15 | T99 | 000000/0000 | 0074561 |
| Jan 30, 2004 | DREF | DEBTOR REFUND/CASE CLOSE | 334.10 | T99 | 000000/0000 | 0076799 |
| Feb 27, 2004 | DREF | DEBTOR REFUND/CASE CLOSE | 334.10 | T99 | 000000/0000 | 0079012 |
| Mar 26, 2004 | *DREF | DEBTOR REFUND/CASE CLOSE | 334.10 | T99 | 000000/0000 | 0081361 |
| TOTAL FOR | | | 2,657.66 | | | |

```
TIMOTHY P. BRANIGAN
```

| DATE | CODE | DESCRIPTION | AMOUNT | TERM | CREDNO/CLM | CHECK NO |
|------|------|-------------|--------|------|-----------|----------|
| Aug 31, 2002 | TF | TRUSTEE FEE | 8.52 | T99 | 100001/0000 | &0040579 |
| Sep 30, 2002 | TF | TRUSTEE FEE | 1.67 | T99 | 100001/0000 | &0042413 |
| Dec 30, 2002 | TF | TRUSTEE FEE | 114.26 | T99 | 100001/0000 | &0048091 |
| Jan 30, 2003 | TF | TRUSTEE FEE | 25.39 | T99 | 100001/0000 | &0050313 |
| Jun 27, 2003 | TF | TRUSTEE FEE | 126.96 | T99 | 100001/0000 | &0060862 |
| Jul 30, 2003 | TF | TRUSTEE FEE | 17.71 | T99 | 100001/0000 | &0063132 |
| Aug 28, 2003 | TF | TRUSTEE FEE | 18.51 | T99 | 100001/0000 | &0065399 |
| TOTAL FOR TIMOTHY P. BRANIGAN | | | 313.02 | | | |

```
CHASE MANHATTAN CORPORATION      CLAIM NUMBER 1
```

| DATE | CODE | DESCRIPTION | AMOUNT | TERM | CREDNO/CLM | CHECK NO |
|------|------|-------------|--------|------|-----------|----------|
| Aug 31, 2002 | CR | AMOUNT DISBURSED TO CRED | 1,695.58 | T99 | 212923/0001S | 0039413 |
| Sep 30, 2002 | CR | AMOUNT DISBURSED TO CRED | 332.43 | T99 | 212923/0001S | 0041294 |
| Oct 14, 2002 | CNCP | CANCELLED CHECK TO CREDI | 332.43- | TH1 | 212923/0001S | 0041294 |
| Dec 30, 2002 | CR | AMOUNT DISBURSED TO CRED | 1,389.19 | T99 | 212923/0001S | 0046829 |
| Jan 30, 2003 | CR | AMOUNT DISBURSED TO CRED | 308.71 | T99 | 212923/0001S | 0049089 |
| Jun 27, 2003 | CR | AMOUNT DISBURSED TO CRED | 1,543.54 | T99 | 212923/0001E | 0059644 |
| Jul 30, 2003 | CR | AMOUNT DISBURSED TO CRED | 316.39 | T99 | 212923/0001E | 0061684 |
| Aug 28, 2003 | CR | AMOUNT DISBURSED TO CRED | 330.73 | T99 | 212923/0001E | 0064018 |
| TOTAL FOR CHASE MANHATTAN CORPORATION | | | 5,584.14 | | | |

```
<<< GRAND TOTAL >>>                        8,554.82
```

**Exhibit K**

LAW OFFICES

## *Friedman & MacFadyen, P.A.*

ALVIN E. FRIEDMAN*
KENNETH J. MACFADYEN
MARK H. FRIEDMAN*
MICHAEL T. CANTRELL*
DANIEL B. MENCHEL*
JAMES J. LOFTUS*
STEPHEN B. WOOD**
NICOLE ROSSI**
KATHRYN D. CLAYPOOLE
DAVID B. MINTZ*

*ADMITTED TO PRACTICE IN MD & D. C.
**ADMITTED TO PRACTICE IN VA

TOTMAN BUILDING—SUITE 400
210 EAST REDWOOD STREET
BALTIMORE, MARYLAND 21202-3399

(410) 685-1763
FAX (410) 727-1759

PLEASE REPLY TO BALTIMORE ⸻
PLEASE REPLY TO VIRGINIA ⸻

April 18, 2006

SAMUEL S. LEVIN
(1897-1979)

D. C. OFFICE
5301 WISCONSIN AVENUE N. W.
SUITE 750
WASHINGTON, D. C. 20015

VIRGINIA OFFICE
1601 ROLLING HILLS DRIVE
SURRY BUILDING, SUITE 125
RICHMOND, VIRGINIA 23229
(804) 288-0088
FAX (804) 288-0052

Cynthia A. Niklas, Trustee
4545 42nd Street, NW
Suite 211
Washington, DC 20016-4623

RE: Chase Home Finance, LLC s/b/m to Chase Manhattan Mortgage Corp.
v. Spencer-Jefferies, Delores
Loan No.: 3005883860
Case No.: 06-00097
Our File No.: 78,784

Dear Ms. Niklas:

Enclosed please find a copy of a Proof of Claim recently filed with the United States Bankruptcy Court for the District of Columbia on behalf of Chase Home Finance, LLC s/b/m to Chase Manhattan Mortgage Corp. concerning the above-referenced matter.

If the Chapter 13 plan is confirmed and the monies are to be delivered to Chase Home Finance, LLC s/b/m to Chase Manhattan Mortgage Corp., pursuant to the said confirmed plan, please mail the plan payments to Chase Home Finance, LLC s/b/m to Chase Manhattan Mortgage Corp. at 3415 Vision Drive, Columbus, OH 43219.

If you have any questions, please do not hesitate to call.

Very truly yours,

FRIEDMAN & MacFADYEN, P.A.

Michael T. Cantrell

MTC/gfa
Enclosure

cc: Pro Se
Delores Spencer-Jefferies
~~Mr. Smith~~

*The payment beginning 6/1/06 will be $734.14

File name:78784_pocb_041806_1434

**UNITED STATES BANKRUPTCY COURT**
For the _____ District of Columbia

| | |
|---|---|
| In re: | Chapter 13 |
| DELORES SPENCER-JEFFERIES, A/K/A | |
| DELORES S. JEFFERIES | Case No.: 06-00097 |
| | Loan No.: ****883860 |

Debtor*

## PROOF OF CLAIM;ACCEPTANCE OR
## REJECTION OF PLAN

1. [If claimant is an individual claiming for himself] The undersigned, who is the claimant herein, resides at**

[If claimant is a partnership claiming through a member] The undersigned who resides at**
_____ , is a member of
_____ , a partnership composed of the undersigned
and _____ , of**
,
and doing business at**

and is authorized to make this proof of claim [if appropriate, and to accept or reject the plan] on behalf of the partnership.
[If claimant is a corporation claiming through an authorized officer]:  The undersigned, who resides at**
is the _____ of _____ , a
corporation organized under the laws of
and doing business at**
,  and is authorized to make
this proof of claim [if appropriate, and to accept or reject the plan] on behalf of the corporation.
[If claim is made by agent] The undersigned, who resides at **FRIEDMAN & MACFADYEN, P.A.**
**210 East Redwood Street**
**Baltimore, MD 21202-3399**

is the agent of **Chase Home Finance, LLC s/b/m to Chase Manhattan Mortgage Corp.**
and is authorized to make this proof of claim [if appropriate, and to accept or reject the plan] on behalf of the claimant.

**Please deliver all trustee monies to:**
**Chase Home Finance, LLC s/b/m to Chase Manhattan Mortgage Corp. at 3415 Vision Drive, Columbus, OH 43219.**

2. The debtor was, at the time of the filing of the petition initiating this case, and still is indebted [or liable] to
this claimant in the sum of $

3. The consideration for this debt [or ground of this liability] is as follows:**Deed of Trust**
[Continue on reverse side]

File name:78784_poc_041806_1434

The breakdown of the total pre-petition arrearages claimed is as follows:

| | | |
|---|---|---:|
| 07/05 - 07/05 | 1 Monthly mortgage payment(s) @ $829.00 | 829.00 |
| 08/05 - 04/06 | 9 Monthly mortgage payment(s) @ $729.05 | 6,561.45 |
| | Accumulated late charges | 208.18 |
| | Previous Bankruptcy Fees and Costs | 90.00 |
| | Previous Bankruptcy Fees and Costs | 586.29 |
| | Previous Bankruptcy Fees and Costs | 14.70 |
| | Previous Bankruptcy Fees and Costs | 250.00 |
| | Escrow Deficit | 187.93 |
| | Property Inspection(s) | 170.00 |
| | Unapplied Funds | -   433.00 |
| | | ----------- |
| | PRE-PETITION ARREARAGES | $ 8,464.55 |



Post marked
4-17-2006

# First Class Mail

LAW OFFICES

*Friedman & MacFadyen, P.A.*

FOURTH FLOOR — TOTMAN BUILDING
210 EAST REDWOOD STREET
BALTIMORE MARYLAND 21202-33...

**TO:**

Ms. Delores Spencer-Jefferies
826 Woodcraft Drive
Nashville, TN 37214

901 Hammont.

**FIRST CLASS MAIL**










# CHASE ⬤

**Chase Home Finance LLC**
3415 Vision Drive
Columbus, OH 43219-6009
(800) 848-9136 Customer Care
(800) 582-0542 TDD/Text Telephone

Delores S Jefferies                                                    October 17, 2005
73 Galveston St SW Apt 101
Washington DC  20032-1974

Dear Delores S Jefferies:

This letter is in response to a recent update to your mailing address.

We updated our system to show the following address:

> 73 Galveston St SW Apt 101
> Washington DC 20032-1974

For security purposes, we are sending this letter to your previous and current addresses.

Chase's goal is to provide the highest level of quality service.  If you have any questions, please contact Customer Care at (800) 848-9136.  You may speak with a Customer Care Professional, available Monday through Friday.

Sincerely,

Customer Care

Wan-2

**Exhibit M**

**HEW FEDERAL CREDIT UN'**
**HEADQUARTERS**
P.O. Box 25516
Alexandria, VA 22313-5516
Phone: (202) 488-5400

NO.

| | DATE | G.L NO. | DESCRIPTION | PAYEE | AMOUNT |
|---|---|---|---|---|---|
| 21 | | | | *Delores D. Peppers* | 4380.00 |

| DATE | TELLER | TRANSACTION DESCRIPTION | ACCOUNT NUMBER | PREVIOUS BAL. | TRANSACTION AMT | NEW BALANCE |
|---|---|---|---|---|---|---|
| 14APR06 | 525-190 | Draft Withdrawal | ▬▬▬ | ▬▬▬ | 4380.00 | ▬▬▬ |

| MINIMUM PERIODIC PAYMENT | PAYMENT DUE DATE | FREQUENCY OF PAYMENT | DAILY PERIODIC RATE | ANNUAL PERCENTAGE RATE | |
|---|---|---|---|---|---|
| Payee: CHASE HOME | | FINANCE/ESCROW | PMT. | % | SIGNATURE<br>TRANSACTION PROCESSED BY: |

1003085

VERIFY NO:

**Exhibit N**



NOT NEGOTIABLE



6/5/2006

DELORES SPENCER JEFFERIES
73 GALVESTON ST SW APT101
WASHINGTON  DC 20032

    This will confirm that you sent the following Quick Collect
Money Transfers to CHASE HOME FINANCE at Code City CHASE OH applied
to Account Number 3005883860.

| Date | MTCN | Amount | Seq.# | Acknowledged |
|------|------|--------|-------|--------------|
| 5/31/2006 | 9502528067 | $730.00 | 2001818 | 5/31/2006 2303ET |

    If you have any questions, please feel free to contact us at
1-800-238-5772 and ask for Quick Collect Offline.

Quick Collect Help Desk

Western Union Financial Services, Inc
P.O. Box 4430
Bridgeton, MO 63044

www.westernunion.com

Exhibit P



**HEW FEDERAL CREDIT UNION**
**HEADQUARTERS**
P.O. Box 25516
Alexandria, VA 22313-5516
Phone: (202) 488-5400

NO. 1003084

| | DATE | G.L. NO. | DESCRIPTION | PAYEE | AMOUNT |
|---|---|---|---|---|---|
| 21 | | | | | 1100.00 |

| DATE | TELLER | TRANSACTION DESCRIPTION | ACCOUNT NUMBER | PREVIOUS BAL. | TRANSACTION AMT | NEW BALANCE |
|---|---|---|---|---|---|---|
| 14APR06 | 525-189 | Share Withdrawal | | | 1100.00 | |

| MINIMUM PERIODIC PAYMENT | PAYMENT DUE DATE | FREQUENCY OF PAYMENT | DAILY PERIODIC RATE | ANNUAL PERCENTAGE RATE | SIGNATURE / TRANSACTION PROCESSED BY | DATE |
|---|---|---|---|---|---|---|
| Payee: CHASE HOME | | FINANCE/ESCROW PMT. | | % | | |

1003084

VERIFY NO:

Exhibit G

# WESTERN UNION

Customer Receipt / Recibo del Clie          www.westernunion.com

SAFEWAY #1445
2845 ALABAMA AVE SE
WASHINGTON DC 20020

Sender/Remitente: DELORIS JEFFERIES
Receiver/Destinatario: CHASE HOME FINANCE

Code City/Codigo de la ciudad: CHASE OH
Account #/Numero de cuenta: 3005683060
Reference #/Numero de referencia:
Attn/Atencion:

Oper ID: NLC    Quick Collect
6.30.2006
2:54P EDT      MTCN: 673-010-0614

Amount/Cantidad:      $   730.00
Charge(s)/Cargos:
    Service/Servicio:       12.95
Total/Total:          $   742.95

YOU HAVE BEEN ENTERED FOR A CHANCE TO WIN $1 MILLION! Open to US
residents. No purchase necessary. Void where prohibited. Subject to
Official rules-visit westernunion.com to view. Game open 4/1-6/30/06

Agent Signature /
Firma del Agente

Customer Signature /
Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS. IF LISTED ABOVE, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE FOR YOUR TRANSACTION WERE DETERMINED AT THE TIME OF SEND. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. PROTECT YOURSELF FROM CONSUMER FRAUD. BE CAREFUL WHEN A STRANGER ASKS YOU TO SEND MONEY.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA SELECCIONADO SE ESTABLECEN AL REVERSO. AL FIRMAR ESTE RECIBO USTED ACEPTA DICHOS TÉRMINOS Y CONDICIONES. SI APARECEN MÁS ARRIBA, LA MONEDA DE PAGO Y LA TASA DE CAMBIO DE SU TRANSACCIÓN SE DETERMINARON EN EL MOMENTO DEL ENVÍO. SI NO, LA TASA DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO RECIBA EL DINERO. PROTÉJASE DE LAS ESTAFAS. TENGA CUIDADO CUANDO UN DESCONOCIDO LE PIDA QUE ENVÍE DINERO.

**Exhibit R**



**WILSON & ASSOCIATES, P.L.L.C.**
Attorneys at Law -- Arkansas and Tennessee
1521 Merrill Drive, Suite D-220
Little Rock, AR 72211
501-219-9388
Fax: 501-219-9458
Internet: www.wilsongreg.com

```
| THIS   LAW   FIRM   IS   A   DEBT    |
| COLLECTOR   ATTEMPTING   TO          |
| COLLECT A DEBT. ANY INFORMATION      |
| OBTAINED CAN BE USED FOR THE         |
| PURPOSE OF COLLECTING THE DEBT.      |
```

July 18, 2006

Mr. Kevin M. Sullivan
73 Galveston Street Southwest Apt. 101
Washington, DC  20032

RE:    Kevin M. Sullivan and Deloris Sullivan a/k/a Deloris S. Sullivan
       826 Woodcraft Drive
       Nashville, Tennessee 37214
       Loan No. 3005883860 / W&A No. 700-7374/700-23399
       FHA No. 483-2174375-703

Dear Mr. Sullivan:

      **IF YOU HAVE PREVIOUSLY BEEN DISCHARGED FROM A CHAPTER 7 OR 13 BANKRUPTCY, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY.    THIS LETTER ONLY SERVES AS NOTICE OF THE UPCOMING FORECLOSURE AS REQUIRED BY EITHER YOUR SECURITY INSTRUMENT, TENNESSEE ANNOTATED, AND/OR THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT.**

      Pursuant to the enclosed Notice of Trustee's Sale, please be advised that the property commonly known as 826 Woodcraft Drive, Nashville, Tennessee 37214 is scheduled to be sold at foreclosure sale.

      IF THE ORIGINAL CREDITOR IS DIFFERENT FROM THE CREDITOR NAMED ABOVE, THEN UPON YOUR WRITTEN REQUEST WITHIN THIRTY (30) DAYS OF THE RECEIPT OF THIS NOTICE, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR.

      **THE LAW FIRM OF WILSON & ASSOCIATES, P.L.L.C. COLLECTS DEBTS FOR MORTGAGE LENDERS.    ANY INFORMATION OBTAINED IN THIS REGARD MAY BE USED FOR THAT PURPOSE.**

Sincerely,

WILSON & ASSOCIATES, P.L.L.C.

Aaron L. Squyres

Enclosure
cc:    Ms. Sheronda Barnett
CSERVICEtoPrimaryDebtorTN_2_bcyr_060712_1048

Exhibit S

## NOTICE OF TRUSTEE'S SALE

WHEREAS, default has occurred in the performance of the covenants, terms, and conditions of a Deed of Trust Note dated June 30, 1994, and the Deed of Trust of even date securing the same, recorded July 5, 1994, at Book 9397, Page 115 and modified on May 25, 1999, at Book 11492, Page 880 in Office of the Register of Deeds for Davidson County, Tennessee, executed by Kevin M. Sullivan and Deloris Sullivan a/k/a Deloris S. Sullivan, conveying certain property therein described to Tommie J. Ferguson of Davidson County, Tennessee as Trustee for Troy & Nichols, Inc.; and the undersigned, Aaron L. Squyres of Wilson & Associates, P.L.L.C., having been appointed Successor Trustee.

NOW, THEREFORE, notice is hereby given that the entire indebtedness has been declared due and payable; and that an agent of Aaron L. Squyres of Wilson & Associates, P.L.L.C., as Successor Trustee, by virtue of the power, duty, and authority vested in and imposed upon said Successor Trustee will, on **August 16, 2006 on or about 10:00 A.M., at the GAYLORD ENTERTAINMENT CENTER, 501 BROADWAY, Nashville, Tennessee,** offer for sale certain property hereinafter described to the highest bidder **FOR CASH,** free from the statutory right of redemption, homestead, dower, and all other exemptions which are expressly waived in the Deed of Trust, said property being real estate situated in Davidson County, Tennessee, and being more particularly described as follows:

> **Being Lot Number 174-A Zone Lot Division Percy Priest Woods, Section 4, Lots 172-180, as of record in Book 6250, Page 993, Register's Office for Davidson County, Tennessee to which plan reference is hereby made for a more complete and accurate legal description. Being all the same property conveyed to Kevin M. Sullivan, a married man, by deed of record in Book 9397, Page 112, Register's Office for Davidson County, Tennessee.**

> **ALSO KNOWN AS: 826 Woodcraft Drive, Nashville, Tennessee 37214**

This sale is subject to all matters shown on any applicable recorded plat; any unpaid taxes; any restrictive covenants, easements, or setback lines that may be applicable; any statutory rights of redemption of any governmental agency, state or federal; any prior liens or encumbrances as well as any priority created by a fixture filing; and to any matter that an accurate survey of the premises might disclose. In addition, the following parties may claim an interest in the above-referenced property: **Kevin M. Sullivan; Deloris Sullivan a/k/a Deloris S. Sullivan**

The sale held pursuant to this Notice may be rescinded at the Successor Trustee's option at any time. The right is reserved to adjourn the day of the sale to another day, time, and place certain without further publication, upon announcement at the time and place for the sale set forth above. **W&A No. 700-7374/700-23399**

DATED July 18, 2006.

INSERTION DATES:                          WILSON & ASSOCIATES, P.L.L.C.,
                                          Successor Trustee

    July 21, 2006

W&A No. 700-7374/700-23399                          I

July 28, 2006
August 4, 2006

By:  _____
Aaron L. Squyres

FHA No. 483-2174375-703

DSaleNoticeTN-Aaron_bcyr_060712_1048

# FOR SALE INFORMATION, VISIT WWW.MYFIR.COM and WWW.REALTYTRAC.COM



# WILSON & ASSOCIATES, P.L.L.C.

Wilson & Associates, P.L.L.C.
Attorneys at Law

1521 Merrill Drive
Suite D-220
Little Rock, AR 72211

200324137426 C037

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
**500 Indiana Avenue, N.W., Room JM-170**
**Washington, D.C. 20001 Telephone: 879-1133**

Delores Spencer Jeffries
73 Galveston St SW
Apartment 101
Washington D.C 20032   *Plaintiff*

vs.

Civil Action No. _____

Chase Home Finance LLC
3415 Vision Drive   *Defendant*
Columbus OH 43219-6600

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Delores Spencer Jeffries-Pro-se
Name of Plaintiff's Attorney

73 Galveston St SW #101
Address
Washington DC 20032

202 373-1184
Telephone

By _____
Deputy Clerk

Date 8/7/06

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

**NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.**

CV(6)-456/May 03

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
### 500 Indiana Avenue, N.W., Room JM-170
### Washington, D.C. 20001 Telephone: 879-1133

*Delores Spencer-Jefferies*
*73 Galveston St SW #101*
*Washington D.C 20032* *Plaintiff*
vs.

Civil Action No. _____

*Wilson & Associates, PLLC* *Defendant*
*1521 Merril Drive*
*Suite D - 220*
*Little Rock AR 72211*

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below.   If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

*Delores Spencer-Jefferies*
Name of Plaintiff's Attorney

*73 Galveston St SW #101*
Address
*Washington D.C 20032*

*202 373-1124*
Telephone

By _____
Deputy Clerk

Date   *8/7/06*

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456(Ma) 03

## Superior Court of the District of Columbia
### CIVIL DIVISION — CIVIL ACTIONS BRANCH

### INFORMATION SHEET

_Delores Spencer Jefferies_

vs.

_Chase Home Finance LLC_
_Wilson & Associates, PLLC_

Case Number: _____

Date: _8-5-2006_

**Name:** *(please print)* _Delores Spencer-Jefferies_

Firm Name: _____

Telephone No.: _202 373-1124_    Unified Bar No.: _____

**Relationship to Lawsuit**
- ☐ Attorney for Plaintiff
- ☒ Self (Pro Se)
- Other: _____

TYPE OF CASE:  ☐ Non-Jury    ☐ 6 Person Jury    ☒ 12 Person Jury

Demand: $ _1,150,000.00_    Other: _____

### PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No. _____ Judge _____    Calendar # _____

Case No. _____ Judge _____    Calendar # _____

**NATURE OF SUIT:** *(Check One Box Only)*

**COLLECTION CASES**
- ☐ 14 Under $25,000 Pltf. Grants Consent
- ☐ 16 Under $25,000 Consent Denied
- ☐ 17 OVER $25,000

**A. CONTRACTS**
- ☒ 01 Breach of Contract
- ☐ 02 Breach of Warranty
- ☐ 06 Negotiable Instrument
- ☐ 15 Other: _____
- ☐ 07 Personal Property
- ☒ 09 Real Property-Real Estate
- ☐ 12 Specific Performance

**B. PROPERTY TORTS**
- ☐ 01 Automobile
- ☐ 02 Conversion
- ☐ 07 Shoplifting, D.C. Code § 3-441
- ☐ 03 Destruction of Private Property
- ☐ 04 Property Damage
- ☐ 05 Trespass
- ☐ 06 Other: _____

**C. PERSONAL TORTS**
- ☒ 01 Abuse of Process
- ☐ 02 Alienation of Affection
- ☐ 03 Assault and Battery
- ☐ 04 Automobile
- ☒ 05 Deceit (Misrepresentation)
- ☒ 06 False Accusation
- ☐ 07 False Arrest
- ☒ 08 Fraud
- ☒ 09 Harassment
- ☐ 10 Invasion of Privacy
- ☐ 11 Libel and Slander
- ☒ 12 Malicious Interference
- ☐ 13 Malicious Prosecution
- ☐ 14 Malpractice Legal
- ☐ 15 Malpractice Medical
- ☒ 16 Negligence
- ☐ 17 Personal Injury
- ☐ 18 Wrongful Death
- ☒ 19 Wrongful Eviction
- ☐ 20 Other: _____
- ☐ 21 Asbestos
- ☐ 22 Toxic/Mass Torts

**SEE REVERSE SIDE AND CHECK HERE ☐ IF USED**

5-0993-1 wd-354

Form CV(6)-496/Feb. 95

# SUPERiOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

DELORES SPENCER-JEFFERIES
Vs.
CHASE HOME FINANCE, LLC

C.A. No.     2006 CA 005965 R(RP)

### INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued by the judge to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge NEAL E. KRAVITZ
Date:   August 7, 2006
Initial Conference: 9:00 am, Friday, November 24, 2006
Location:  Courtroom 415
        500 Indiana Avenue N.W.
        WASHINGTON, DC 20001

Caio.doc