UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELORES SPENCER-JEFFERIES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHASE HOME FINANCE, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. |

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED
STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Defendant Chase Home Finance, LLC ("CHF"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of CHF which have outstanding securities in the hands of the public:

    JPMorgan Chase & Co.

These representations are made in order that judges of this court may determine the need for recusal.

                                                        _____
                                                         Gary C. Tepper (D.C. Bar No. 348698)
                                                         ARENT FOX PLLC
                                                          1050 Connecticut Avenue, N.W.
                                                         Washington, DC 20036-5339
                                                          (202) 857-6000

                                                          Attorneys for Defendant
                                                          Chase Home Finance, LLC

Dated: August 28th, 2006