AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Delores Spencer-Jeffries,

       Plaintiff(s)  )  **APPEARANCE**

       vs.  )  CASE NUMBER   1:06-cv-01520 (GK)
Chase Home Finance, LLC, et al.  )

       Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Timothy W. Bucknell__ as counsel in this
                                             (Attorney's Name)

case for: __Chase Home Finance, LLC__
               (Name of party or parties)

August 30, 2006                      *[signature]*
Date                                      Signature

                                      Timothy W. Bucknell
D.C. Bar No. 494493            Print Name
BAR IDENTIFICATION

                                      Arent Fox PLLC, 1050 Connecticut Ave., N.W.
                                      Address

                                      Washington, D.C.  20036
                                      City             State             Zip Code

                                      202-857-6000
                                      Phone Number