UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
DELORES SPENCER-JEFFERIES,         )
                                   )
    Plaintiff,                     )
                                   )
    v.                             )   Civil Action No. 06-1520 (GK)
                                   )
CHASE HOME FINANCE, L.L.C.,        )
    et al.,                        )
                                   )
    Defendants.                    )
_____)

### O R D E R

This matter is now before the Court upon the Motion to Dismiss by Defendant Wilson & Associates, P.L.L.C. [Dkt. No. 6]. Plaintiff is proceeding pro se in this matter.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, it is hereby

**ORDERED** that Plaintiff respond to the Motion to Dismiss by Defendant Wilson & Associates [Dkt. No. 6] no later than **October 13, 2006.** If Plaintiff fails to respond, or to request additional

time in which to respond, the Court will treat Defendant's Motion as granted and dismiss Plaintiff's Complaint.


September 13, 2006                   /s/
                                     Gladys Kessler
                                     U.S. District Judge


**Copies to**: **attorneys on record via ECF and**

**DELORES SPENCER-JEFFERIES**
**73 Galveston Street, S.W.**
**Apartment 101**
**Washington, DC 20032**