UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DELORES SPENCER-JEFFRIES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-01520 |
| ) | |
| **CHASE HOME FINANCE, LLC.,** <u>et al.</u>, ) | Judge Gladys Kessler |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION TO PARTICIPATE IN INITIAL SCHEDULING CONFERENCE BY TELEPHONE

Undersigned counsel for Defendant Wilson & Associates, PLLC ("Wilson") hereby moves this honorable Court for authority to participate in the Initial Scheduling Conference, currently scheduled for October 3, 2006 at 9:45 a.m., by teleconference, and for reasons says:

1.  That the office of undersigned counsel is located in Towson, Maryland, which is approximately 1 ½ hours away from the court at the time of day during which the conference is scheduled.

2.  That the Defendant has previously filed a Motion to Dismiss the Complaint as to Defendant, which motion is currently pending before this Court. The Court has previously indicated that should the Plaintiff fail to respond to the motion to dismiss, the motion will be treated as granted.

3.  That no party will be prejudiced by the granting of the relief sought herein, and principles of judicial, and fuel, economy will be served thereby.

WHEREFORE, counsel for Defendant Wilson & Associates, PLLC, hereby respectfully requests that this honorable Court permit him to participate in the Initial Scheduling Conference currently scheduled for October 3, 2006 at 9:45 a.m. by teleconference.

Respectfully presented,

/s/Stephen N. Goldberg
Stephen N. Goldberg, D.C. Bar No. 247916
COHN, GOLDBERG & DEUTSCH, LLC
600 Baltimore Avenue, Suite 208
Towson, Maryland  21204
(410) 296-2550 x3009

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DELORES SPENCER-JEFFRIES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-01520 |
| ) | |
| **CHASE HOME FINANCE, LLC.**, <u>et al.</u>, ) | Judge Gladys Kessler |
| ) | |
| Defendants. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of September, 2006, a copy of the above Motion to Participate by Telephone has been mailed first class mail, and or by electronic notification in this proceeding to:

Gary C. Tepper
1050 Connecticut Avenue, NW
Washington, DC 20036-5303

Delores Spencer Jefferies
73 Galveston Street, SW, Apt 101
Washington, DC 20032