**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
DELORES SPENCER-JEFFERIES,     )
                               )
        Plaintiff,             )
                               )
     v.                        )    Civil Action No. 06-1520 (GK)
                               )
CHASE HOME FINANCE, LLC,       )
           et al.              )
                               )
        Defendants.            )
_____)
```

**O R D E R**

An Initial Scheduling Conference was held in this case on October 3, 2006. Upon consideration of the representations of the parties, and the entire record herein, and for the reasons noted on the record, it is hereby

**ORDERED** that consideration of the pending Motion to Dismiss [Dkt. No. 6] in this case will be **stayed** so that Plaintiff may continue her efforts to retain counsel to represent her. Counsel for Plaintiff shall file a notice of appearance no later than **November 15, 2006;** it is further

**ORDERED** that Plaintiff's Opposition to the pending Motion to Dismiss is due **December 4, 2006,** and Defendants' Reply is due **December 8, 2006;** and it is further

**ORDERED** that an amended Meet and Confer Statement must be filed no later than October 10, 2006.

October 3, 2006

/s/
Gladys Kessler
United States District Judge

**Copies to**: **attorneys on record via ECF and**

**DELORES SPENCER-JEFFERIES**
73 Galveston Street, SW
Apartment 101
Washington, DC 20032