UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DELORES SPENCER-JEFFERIES,**<br><br>  Plaintiff,<br><br>v.<br><br>**CHASE HOME FINANCE, LLC, <u>et al</u>.,**<br><br>  Defendants. | Civil Action No. 06-1520 (GK) |

**AMENDED LOCAL RULE 16.3 JOINT MEET AND CONFER STATEMENT**

Plaintiff Delores Spencer-Jefferies and Defendants Chase Home Finance, LLC ("CHF") and Wilson & Associates, LLC ("Wilson"), pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.3, by counsel, submit this joint meet and confer statement memorializing the agreements reached at the Rule 26(f) conference held by Plaintiff and counsel for the defendants. The following sets forth the agreement between Plaintiff and Defendants:

Brief statement of the case: The case involves the alleged wrongful foreclosure of a property located in Nashville, Tennessee. Plaintiff Delores Spencer-Jefferies is the owner of the property. While no foreclosure action is currently pending, Chase has previously instituted foreclosure proceedings on the property. Chase retained Wilson to institute the foreclosure proceeding in Tennessee. No foreclosure sale ever occurred. Plaintiff alleges that Chase has assessed bogus and illegal charges against her account. Plaintiff claims include wrongful foreclosure, breach of contract, negligence, and violation of the D.C. Consumer Protection Procedures Act.

1. The parties believe the case may, at least in part, be disposed of by dispositive motion and one such motion is currently before the court. The parties agree that discovery or

-2-

other matters should await a decision on that motion.

    2.     The parties agree to join other parties or amend pleadings by Nov.17, 2006, or 20 days after decision on the pending motion, whichever is later. The parties agree that there would likely be some factual issues to which the parties would stipulate.

    3.     The parties do not consent to trial by magistrate.

    4.     The parties believe that there is a reasonable chance of settlement of the case prior to the commencement of discovery.

    5.     The parties believe that the Court's ADR procedures would be helpful at this time.

    6.     The case may be resolved by summary judgment or a motion to dismiss. The parties agree to serve dispositive motions by 30 days after the close of discovery. The parties agree to serve oppositions to dispositive motions 21 days thereafter, and to serve replies to oppositions to dispositive motions 14 days after the serving of oppositions. The parties propose that a decision on such motions be issued within 30 days of the briefing being completed.

    7.     The parties do not stipulate to dispense with the initial disclosures required by Fed. R. Civ. P. 26. The parties agree to make such disclosures at such time as set by the court.

    8.     The parties agree to a discovery period of 120 days as provided by Track Two of Appendix I of the Courts August 30, 2006 Order. The parties agree to abide by the Local Rules for limitations on interrogatories, depositions, and discovery requests.

    9.     While no expert witnesses are anticipated, the parties agree to the requirements for the exchange of expert witness reports and information pursuant to Fed. R. Civ. P. 26.

    10.     This is not a class action.

    11.     This case is not appropriate for bifurcation, either during the trial or discovery

phase.

12.     The parties propose that the pretrial conference shall take place during or around five weeks after a decision on any dispositive motion.

13.     The parties request that the Court set a firm trial date at the pretrial conference.

        Respectfully submitted,

        /s/
        Delores Spencer-Jefferies
        73 Galveston St., SW Apt. 101
        Washington, DC  20032
        (202) 409-2686

        Plaintiff

        /s/
        Timothy W. Bucknell (D.C. Bar No. 494493)
        ARENT FOX PLLC
        1050 Connecticut Avenue, N.W.
        Washington, D.C.  20036
        (202) 857-6035

        Attorney for Defendant
        Chase Home Finance, LLC

        /s/
        Stephen N. Goldberg (D.C. Bar No. 247916)
        COHN, GOLDBERG & DEUTSCH, LLC
        600 Baltimore Avenue, Suite 208
        Towson, Maryland 21204
        (410) 296-2550 x3009

Dated: October 10, 2006        Attorney for Defendant
        Wilson & Associates, PLLC