## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DELORES SPENCER-JEFFERIES,

Plaintiff,

v.

CHASE HOME FINANCE, LLC, et al.,

Defendants.

Civil Action No. 06-1520 (GK)

## ORDER

Upon consideration of the parties Joint Meet and Confer Statement, it is this _____ day of _____ 200__, by the District Court of the District of Columbia, hereby

**ORDERED** that all parties shall be joined and pleadings amended by the ____ day of _____, 200__;

**ORDERED** that the parties shall make initial disclosures as required by Fed. R. Civ. P. 26(a)(1) by the ____ day of _____, 200__;

**ORDERED** that discovery in this case shall close on the ____ day of _____, 200__; dispositive motions shall be served by no later than 30 days thereafter, on the _____ day of _____, 200__; oppositions to dispositive motions shall be served no later than 21 days after serving of dispositive motions; replies to oppositions to dispositive motions shall be served no later than 14 days after oppositions are served.

_____

Honorable Gladys Kessler