UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DELORES SPENCER-JEFFERIES,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **CHASE HOME FINANCE, LLC,** : <br> **et al.** : <br> : <br> **Defendants.** : <br> : | Civil Action No. 06-1520 (GK) |

### ORDER

The matter is now before the Court on the Motion of Defendant Wilson & Associates, PLLC ("Wilson") to Dismiss for Lack of Jurisdiction Over the Person [Dkt. No. 6]. For the reasons set forth in the accompanying Memorandum Opinion, it is this 18th day of December 2006, hereby

**ORDERED**, that Defendant's Motion to Dismiss [Dkt. No. 6] is **granted**. Because this Motion only seeks dismissal of the claims against Defendant Wilson, the claims against Defendant Chase remain in this case; and it is further

**ORDERED**, that a Status Conference is set for **January 2, 2007, at 10:30 a.m.**

Gladys Kessler
United States District Judge

**Copies to:** attorneys on record via ECF and
**DELORES SPENCER-JEFFERIES**
73 Galveston Street, SW
Apartment 101
Washington, DC 20032