UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELORES SPENCER-JEFFERIES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-01520-GK |
| ) | |
| CHASE HOME FINANCE, LLC., et al., ) | |

### PRAECIPE

**Come now**, the Plaintiff, stating that settle negotiations between the parties in this case has failed. There is no reasonable expectation that the parties will settle this case with out the assistance of a Magistrates Judge.

**WHEREFORE**, the Plaintiff respectfully request that the Honorable, Judge Gladys Kessler, assign a Magistrate Judge to assist with negations and the settlement agreement.

*Delores Spencer-Jefferies*
Delores Spencer-Jefferies
73 Galveston Street S.W. #101
Washington, DC 20032
(202) 373-1124

RECEIVED
JAN 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Certificate of Service

Date: January 16, 2007

I Delores Spencer-Jefferies will serve by U.S mail a copy of this Praecipe to Chase Home Finance; Arent Fox LLC 1050 Connecticut Avenue N.W., Washington D.C 20036-5303 on 1/16/07.

*Delores Spencer-Jefferies*
1-16-07