UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DELORES SPENCER-JEFFRIES,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 06-1520 (GK) |
| | : | |
| **CHASE HOME FINANCE, LLC,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Upon consideration of Plaintiff's Praecipe, it is this 17th day of January, 2007, hereby

**ORDERED**, that this case is referred to a Magistrate Judge for settlement purposes to commence immediately.

        /s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**

and

Delores Spencer-Jefferies
73 Galveston Street, S.W., #10
Washington, D.C.  20032