UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 23 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| DELORES SPENCER-JEFFERIES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-1520 (GK) |
| | ) | |
| CHASE HOME FINANCE LLC, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED ORDER OF DISMISSAL

Upon the stipulation of Plaintiff Delores Spencer-Jefferies, and Defendants Chase Home

Finance, LLC, and Wilson & Associates, PLLC, it is hereby

ORDERED this 23rd day of February 2007, that the Complaint is dismissed without

prejudice, with each party bearing its or her own attorney's fees and costs, per the Settlement

Agreement reached by the parties, and it is further

ORDERED, the Clerk is directed to transmit true copies of this Order to all counsel of

record herein.

DATED this 23rd day of February 2007.

~~DISTRICT COURT JUDGE~~

Deborah A. Robinson
United States Magistrate Judge

LDR/181633.3                                   1

We agree to this:

_Delores Spencer-Jefferies_

Delores Spencer-Jefferies
73 Galveston Street SW
Apartment 101
Washington, DC 20032
(202) 373-1124
Pro Se

_Tim Bucknell_

Timothy W. Bucknell
Gary C. Tepper
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5339
(202) 857-6000
Attorneys for Defendant Chase Home Finance, LLC