UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELORES SPENCER-JEFFERIES,<br><br>Plaintiff,<br><br>v.<br><br>CHASE HOME FINANCE LLC,<br>    et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. 06-1520 (GK)/(DAR)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO AMEND DISMISSAL

Defendant Chase Home Finance LLC moves this court, pursuant to Fed. R. Civ. P. 59(e), to amend the Feb. 23rd Stipulated Order of Dismissal entered in this case to dismiss the Complaint **with prejudice**.

Defendant Chase Home Finance LLC has substantially completed its responsibilities under the February 23, 2007 settlement agreement in the above referenced matter.

March 12, 2007.

                                                             Respectfully Submitted,

                                                                /s/Timothy W. Bucknell_____
                                                             Timothy W. Bucknell
                                                             Gary C. Tepper
                                                             ARENT FOX LLP
                                                             1050 Connecticut Avenue, N.W.
                                                             Washington, D.C.  20036-5339
                                                             (202) 857-6000
                                                             Attorneys for Defendant Chase Home
                                                             Finance, LLC

LDR/193500.1