UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                     )
DELORES SPENCER-JEFFERIES,          )
                                                     )
              Plaintiff,                            )
                                                     )
       v.                                             )          Case No. 06-1520 (GK)/(DAR)
                                                     )
CHASE HOME FINANCE LLC,             )
                              et al.,                 )
                                                     )
              Defendants.                         )
_____)

## AMENDMENT OF DISMISSAL

      **WHEREAS**, Defendant Chase Home Finance LLC has substantially completed its

responsibilities under the February 23, 2007 settlement agreement in the above referenced

matter, it is hereby

      ORDERED this ___ day of _____ 2007, that the February 23rd, 2007

Stipulated Order of Dismissal is hereby amended to dismiss the Complaint **with prejudice**.

      ORDERED, the Clerk is directed to transmit true copies of this Order to all counsel of

record herein.

      **DATED** this _____ day of _____2007.


_____
**Deborah A. Robinson**
**United States Magistrate Judge**