UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DELORES SPENCER-JEFFERIES, )
)
Plaintiff, )
)
v. ) Case No. 06-1520 (GK)/(DAR)
)
CHASE HOME FINANCE LLC, )
et al., )
)
Defendants. )

## AMENDMENT OF DISMISSAL

**WHEREAS**, Defendant Chase Home Finance LLC has substantially completed its responsibilities under the February 23, 2007 settlement agreement in the above referenced matter, it is hereby

ORDERED this 12 day of March 2007, that the February 23rd, 2007 Stipulated Order of Dismissal is hereby amended to dismiss the Complaint **with prejudice**.

ORDERED, the Clerk is directed to transmit true copies of this Order to all counsel of record herein.

**DATED** this 12th day of March 2007.

_____
Deborah A. Robinson
**United States Magistrate Judge**