UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DELORES SPENCER-JEFFERIES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-1520 (GK)/(DAR) |
| ) | |
| CHASE HOME FINANCE LLC, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO RECONSIDER GRANTED
## DEFENDANT AMENDMENT OF DISMISSAL WITH PREJUDICE

Come now the Plaintiff Delores Spencer-Jefferies requesting reconsideration of the Order approving the Defendant Amendment of dismissal with prejudice. The Defendant (Did not substantially complete its responsibilities) according to our agreement. The Plaintiff specifically requested that the derogatory late payment information reported, pertaining to the $433.00 reporting in August of 2006 until the present be removed. The purpose of this was to allow the Plaintiff an opportunity to refinance the property with a different lender.

The Plaintiff received a telephone call from the Defendant's Attorney, Timothy Bucknell on Monday, March 12, 2006 at approximately 4:00 pm. Mr. Timothy Bucknell requested the Plaintiff approval to submit the amendment of Dismissal. The Plaintiff did not authorize Timothy Bucknell to act on her behalf. The Plaintiff requested that the document be submitted to her by Email. Mr. Timothy Bucknell forwarded a Joint Motion to Amend to the Plaintiff as agreed. The Plaintiff was unable to retrieve the document

RECEIVED
MAR 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

due to not knowing the correct information to access the mail box. The Plaintiff made Mr. Timothy Bucknell aware of this on Monday, March 12, 2007, at 8:51 pm by voice message. In the prior conversation, the Plaintiff, ask the question as to what was the urgency. Mr. Timothy Bucknell, indicated that the Judges statement was incorrect and that if the document is not submitted within 10 business days, the Defendant would have problems obtaining a dismissal with prejudice.

On Tuesday, March 13, 2007, at approximately 9:00, the Plaintiff received a call from her leader and was informed that the derogatory information from 2005 through October 2006 still existed on the credit reporting. The Plaintiff immediately contacted Chase's attorney, Mr. Timothy Bucknell and was informed to put my concerns in writing. The request was immediately prepared and faxed to Mr. Timothy Bucknell at approximately 11:15.

On Wednesday, March 14, 2007, the Plaintiff contacted the Courts regarding Chase's actions regarding the derogatory information and the Motion to Dismiss that was presented. The Plaintiff was informed that the Motion was submitted and signed on Monday, March 12, 2007.

The Plaintiff states that Chase, Attorney, deliberately and deceitfully submitted the Amended Motion to Dismiss, without the Plaintiff approval and prior knowledge.

The Plaintiff, was not able to open the document until Wednesday, March 14, 2007 at approximately 9:37. After being informed by the Court the Plaintiff, contacted Chase's Attorney Mr. Timothy Bucknell, regarding the status of her request and was informed that Chase has completed their obligation and that the Motion was submitted on Monday, March 12, 2006 at 10:30.

The Plaintiff, states that again! Chase has proven again to be very dishonest and deceitful.

The Plaintiff, desired to settle this case in a civil and decent manner, however, clearly that was not Chase's intent.

Wherefore, the Plaintiff, request Reconsider of the order of Dismissal with prejudice. She request that the settlement process be continued due to this situation. The Plaintiff also requests an emergency hearing on the matter.

March 14, 2007.

Respectfully Submitted,

Delores Spencer-Jefferies
2612 Naylor Rd. S.E.
Apt. 202
Washington, DC 20020
(202) 409-2686
Pro Se

## Certificate of Service

I do herby certify that I cause a copy of the forthcoming document to Chase Home Finance, LLC; Timothy W. Bucknell, 1050 Connecticut Avenue, N.W., Washington, DC 20036-5339, on this date, March 14, 2007, by U.S. mail

**Error! Unknown document property name.**



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELORES SPENCER-JEFFERIES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06-1520 (GK)/(DAR) |
| CHASE HOME FINANCE LLC, et al., | ) |
| Defendants. | ) |

## JOINT MOTION TO AMEND DISMISSAL

Plaintiff Delores Spencer-Jefferies and Defendant Chase Home Finance LLC move this court, pursuant to Fed. R. Civ. P. 59(e), to amend the Feb. 23rd Stipulated Order of Dismissal entered in this case to dismiss the Complaint **with prejudice**.

Defendant Chase Home Finance LLC has substantially completed its responsibilities under the February 23, 2007 settlement agreement in the above referenced matter.

March 12, 2007.

Respectfully Submitted,

Delores Spencer-Jefferies
2612 Naylor Rd. S.E.
Apt. 202
Washington, DC 20020
(202) 409-2686
Pro Se

Timothy W. Bucknell
Gary C. Tepper
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
(202) 857-6000
Attorneys for Defendant Chase Home Finance, LLC

LDR/193500.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DELORES SPENCER-JEFFERIES, )
)
Plaintiff, )
)
v. ) Case No. 06-1520 (GK)/(DAR)
)
CHASE HOME FINANCE LLC, )
et al., )
)
Defendants. )

## AMENDMENT OF DISMISSAL

**WHEREAS**, Defendant Chase Home Finance LLC has substantially completed its responsibilities under the February 23, 2007 settlement agreement in the above referenced matter, it is hereby

ORDERED this ___ day of _____ 2007, that the February 23rd, 2007 Stipulated Order of Dismissal is hereby amended to dismiss the Complaint **with prejudice**.

ORDERED, the Clerk is directed to transmit true copies of this Order to all counsel of record herein.

**DATED** this _____ day of _____ 2007.

_____
**Deborah A. Robinson**
**United States Magistrate Judge**

LDR/193500.1