UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELORES SPENCER-JEFFERIES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHASE HOME FINANCE LLC, )<br>         et al., )<br>)<br>Defendants. )<br>_____) | Case No. 06-1520 (GK)/(DAR) |

**AFFIDAVIT OF THOMAS E. REARDON IN SUPPORT OF
CHASE HOME FINANCE LLC'S OPPOSITION TO
<u>PLAINTIFF'S MOTION TO RECONSIDER</u>**

I, Thomas E. Reardon, being duly sworn, do hereby depose and state as follows:

1. I am over 21 years of age and have personal knowledge of the matters addressed herein and in the above-captioned case.

2. I am an employee of Chase Home Finance LLC ("Chase"). I have worked at Chase as a Mortgage Officer for 4 years.

3. I have reviewed the Settlement Agreement between Chase and Delores Spencer-Jefferies ("Spencer-Jefferies") and oversaw Chase's compliance with the provisions of said agreement.

4. Chase has credited Spencer-Jefferies' account for the monthly payments due for October, November, and December of 2006 and January, February and March of 2007. Chase has reinstated the loan and sent notice to the three major credit reporting agencies reflecting these actions and the status of the loan.

5. Chase has provided Spencer-Jefferies a letter of explanation regarding the loan.

LDR/194119.1

6.  Chase has completed all of its obligations under the Settlement Agreement save for its monitoring obligations which are on-going.

7.  With regard to notice to credit reporting agencies, Chase has notified such agencies that the dispute regarding the loan has been resolved and that Spencer-Jefferies' account is current and in good standing. Chase has further directed that reference to foreclosure and late payments be removed from October 2006 through March 2007.

8.  Chase has done everything it is obligated to, and everything it can do to, correct the credit report of Spencer-Jefferies.

I have read the foregoing affidavit and swear and affirm that it is true and correct to the best of my personal knowledge.

_____
Thomas E. Reardon

Sworn to before this 26TH day of March, 2007

_____
Notary Public

My commission expires _____

YOLANDA HOLT
Notary Public, State of Ohio
My Commission Expires Feb. 25, 2008

2