UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBI

DELORES SPENCER-JEFFERIES, )
)
Plaintiff, )
)
v. ) Case No. 06-1520 (GK)/(DAR)
)
CHASE HOME FINANCE LLC, )
et al., )
)
Defendant, )

## MOTION TO VOID SETTLEMENT AND RELEASE AGREEMENT

## MOTION TO VOID STIPULATED ORDERS OF DISMISSAL

## WITHOUT PREJUDICE AND WITH PREJUDICE

Come now the Plaintiff Delores Spencer-Jefferies requesting that the Settlement Agreement and Release between Delores Spencer-Jefferies and Chase Home Financial, LLC, on February 23, 2007 be voided in its entirety due to breach of agreement.

In addition, the Plaintiff, request that the Stipulated Order(s) both Without Prejudice dated February 23, 2007 and With Prejudice dated March 12, 2007, be voided in their entirety due to breach of agreement..

On February 23, 2007 the Plaintiff entered into a Settlement Agreement with the Defendant ("Chase") with reluctantly. In concurrence with the agreement being signed by the Plaintiff and the Defendants Attorney, the Court granted a Stipulated Order of Dismissal without prejudice.

On March 12, 2007, Defendant Chase Home Finance LLC ("Chase") moved the Court to amend the previously entered Stipulated Order of Dismissal **Without Prejudice**



Motion to void SA & SO

to **Prejudice** and indicated in their Amendment of Dismissal that (Chase home Finance LLC) has substantially completed its responsibilities under the February 23, 2007 settlement agreement in the above referenced matter.

The Plaintiff states that the Defendant did not substantially complete its responsibilities according to the settlement agreement that they entered into.

Paragraph 1. Waiver of Fees; indicates that "within ten (10) days of execution of this Settlement Agreement and the entry of the stipulated order of dismissal reference in paragraph 4 of this Settlement Agreement, Chase shall reverse any fees or cost currently assessed with regard to the foreclosures proceedings connected with Spencer-Jefferies' bankruptcy in May of 2006". This action was not completed.

The Plaintiff states that these proceeding initiated on September 30, 2004, when the Defendant wrongfully assessed Attorney Fees the sum of $133.00 and $300.00 to her account. The Plaintiff many requests for the fees to be corrected and credited back to her loan were ignored for a period of sixteen months. On January 5, 2006 the fees were assessed again and then reversed. Therefore, the original fees still have not been reversed or credited as indicated on page 27 (Exhibit A)

Attorney Fees, Late Fees and Property Inspection fees paid by the Plaintiff between the time frame of March 16, 2005 and September 16, 2007 in the amount of $1,176.27 was not credited back to the Plaintiff's account as agreed within the Settlement Agreement dated February 23, 2007 and in the Amendment of Dismissal. (Exhibit B)

Wherefore, the Plaintiff, request that the Settlement Agreement and Release between Delores Spencer-Jefferies and Chase Home Financial, LLC, on February 23, 2007 be voided in its entirety. In addition the Plaintiff also request that the Stipulated Order(s) both Without Prejudice, dates February 23, 2007 and the Stipulated Order, With Prejudice, dated March 12, 2007, be voided in their entirety also due to (Chases") breach of the Settlement Agreement between the parties.

Motion to void SA & SO

April 16, 2007

Respectfully Submitted,

*[signature: Delores Spencer-Jefferies]*

Delores Spencer-Jefferies
2612 Naylor Rd. S.E.
Apt. 202
Washington, DC 20020
(202) 409-2686
Pro Se

## Certificate of Service

I do herby certify that I cause a copy of the forthcoming document to Chase Home Finance, LLC; Timothy W. Bucknell, 1050 Connecticut Avenue, N.W., Washington, DC 20036-5339, on this date, April 16, 2007 by U.S. mail.

*[signature: Delores Spencer-Jefferies]*

Motion to void SA & SO

```
                  HISTORY STATEMENT                        DATE  08/08/06

                  CHASE HOME FINANCE LLC
                  3415 VISION DRIVE
                  COLUMBUS, OHIO  43219-6009

THE FOLLOWING HISTORY INFORMATION IS PROVIDED AT YOUR REQUEST.




        DELORES S JEFFERIES                    ORIGIN DATE        06/30/94
        73 GALVESTON ST SW APT 101             MATURITY DATE      11/01/28
        WASHINGTON, DC   20032-1974            PAID TO DATE       04/01/06
                                               NEXT DUE DATE      05/01/06
                                               INTEREST RATE       8.25000
                                               PRIN BALANCE      68,303.75
     LOAN CONTROLS  01 000 000 0000            ESCROW BALANCE       922.60
     LOAN NUMBER    3005883860                 UNAPPLIED BAL         12.37
     LOAN TYPE      FEDERAL HOUSING (FHA)      LATE CHGS DUE         88.79
                                               FEES DUE           2,007.00


EFF DATE PAID TO     TRAN AMOUNT      PRINCIPAL         INTEREST         ESCROW
TRAN DESCRIPTION     CODE             LATE CHG/FEE      UNAPPLIED        SUBSIDY
01/04/06 06/01/05        23.09                                             23.09-
   ESCROW DISB      MORTGAGE INS
01/01/06 06/01/05       433.00
   FEE              2812                 433.00
01/05/06 06/01/05       433.00
   UNAPPLIED        0912                                   433.00
01/06/06 06/01/05       433.00
   FEE WAIVE        2873                 433.00-
01/17/06 06/01/05        29.16
   LATE CHARGE      GLTC                  29.16
02/04/06 06/01/05        23.09                                             23.09-
   ESCROW DISB      MORTGAGE INS
02/06/06 06/01/05        25.00
   FEE ASSESSMENT   1003                  25.00
02/16/06 06/01/05        29.16
   LATE CHARGE      GLTC                  29.16
03/01/06 06/01/05        25.00
   FEE ASSESSMENT   1003                  25.00
03/04/06 06/01/05        23.09                                             23.09-
   ESCROW DISB      MORTGAGE INS
03/16/06 06/01/05        29.16
   LATE CHARGE      GLTC                  29.16
03/27/06 06/01/05        25.00
   FEE ASSESSMENT   1003                  25.00
04/03/06
   ESC PMT 1 CHG            OLD           171.41          NEW              193.58
04/04/06 06/01/05        23.09                                             23.09-
   ESCROW DISB      MORTGAGE INS
04/19/06 06/01/05     1,186.00
   FEE ASSESMENT    2913              1,186.00
04/19/06 07/01/05       829.00           82.22-           475.42           271.36
   PAYMENT          0021
```

CHASE HOME FINANCE LLC                                      DELORES S JEFFERIES                                      LOAN # 300558?

| Description | Paid To Date | Transaction Date | Post Petition Due date | Trustee's Payments | Transaction Amount | Principal Balance | Amount to Principal | Amount to Interest | Amount to Escrow | Escrow Balance | Late Charge | Late Charge Balance | Unapplied Amount | Unapplied Balance | Fee Amount | Fee Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Late charge assessed | Sep-04 | 10/16/04 | | | $ 30.93 | $ 70,004.46 | $ - | $ - | $ - | $ (4.94) | $ 30.93 | $ 30.93 | $ - | $ - | $ - | $ 449. |
| Payment | Oct-04 | 10/25/04 | | | $ 774.00 | $ 69,928.33 | $ 76.13 | $ 481.51 | $ 215.50 | $ 210.56 | $ (0.86) | $ 30.07 | $ - | $ - | $ - | $ 449. |
| Mortgage insurance premium | Oct-04 | 11/04/04 | | | $ 23.53 | $ 69,928.33 | $ - | $ - | $ (23.53) | $ 187.03 | $ - | $ 30.07 | $ - | $ - | $ - | $ 449. |
| Payment | Nov-04 | 11/13/04 | | | $ 773.14 | $ 69,851.67 | $ 76.66 | $ 480.98 | $ 215.50 | $ 402.53 | $ - | $ 30.07 | $ - | $ - | $ - | $ 449. |
| County Tax Payment | Nov-04 | 11/16/04 | | | $ 884.16 | $ 69,851.67 | $ - | $ - | $ (884.16) | $ (481.63) | $ - | $ 30.07 | $ - | $ - | $ - | $ 449. |
| Mortgage insurance premium | Nov-04 | 12/04/04 | | | $ 23.53 | $ 69,851.67 | $ - | $ - | $ (23.53) | $ (505.16) | $ - | $ 30.07 | $ - | $ - | $ - | $ 449. |
| Late charge assessed | Nov-04 | 12/16/04 | | | $ 30.93 | $ 69,851.67 | $ - | $ - | $ - | $ (505.16) | $ 30.93 | $ 61.00 | $ - | $ - | $ - | $ 449. |
| Mortgage insurance premium | Nov-04 | 01/04/05 | | | $ 23.53 | $ 69,851.67 | $ - | $ - | $ (23.53) | $ (528.69) | $ - | $ 61.00 | $ - | $ - | $ - | $ 449. |
| Late charge assessed | Nov-04 | 01/18/05 | | | $ 30.93 | $ 69,851.67 | $ - | $ - | $ - | $ (528.69) | $ 30.93 | $ 91.93 | $ - | $ - | $ - | $ 449. |
| Mortgage insurance premium | Nov-04 | 02/04/05 | | | $ 23.53 | $ 69,851.67 | $ - | $ - | $ (23.53) | $ (552.22) | $ - | $ 91.93 | $ - | $ - | $ - | $ 449. |
| Unapplied Credit | Nov-04 | 02/16/05 | | | $ 0.86 | $ 69,851.67 | $ - | $ - | $ - | $ (552.22) | $ - | $ 91.93 | $ 0.86 | $ 0.86 | $ - | $ 449. |
| Payment | Dec-04 | 02/16/05 | | | $ 773.14 | $ 69,774.49 | $ 77.18 | $ 480.46 | $ 215.50 | $ (336.72) | $ - | $ 91.93 | $ - | $ 0.86 | $ - | $ 449. |
| Late charge assessed | Dec-04 | 02/16/05 | | | $ 30.93 | $ 69,774.49 | $ - | $ - | $ - | $ (336.72) | $ 30.93 | $ 122.86 | $ - | $ 0.86 | $ - | $ 449. |
| Mortgage insurance premium | Dec-04 | 03/04/05 | | | $ 23.53 | $ 69,774.49 | $ - | $ - | $ (23.53) | $ (360.25) | $ - | $ 122.86 | $ - | $ 0.86 | $ - | $ 449. |
| Prop. Inspection fee | Dec-04 | 03/10/05 | | | $ 25.00 | $ 69,774.49 | $ - | $ - | $ - | $ (360.25) | $ - | $ 122.86 | $ - | $ 0.86 | $ 25.00 | $ 474. |
| Unapplied Debit | Dec-04 | 03/16/05 | | | $ 0.86 | $ 69,774.49 | $ - | $ - | $ - | $ (360.25) | $ (0.86) | $ 122.00 | $ (0.86) | $ - | $ - | $ 474. |
| Late charges paid | Dec-04 | 03/16/05 | | | $ 0.86 | $ 69,774.49 | $ - | $ - | $ - | $ (360.25) | $ (0.86) | $ 122.00 | $ - | $ - | $ - | $ 474. |
| Payment | Jan-05 | 03/16/05 | | | $ 773.14 | $ 69,696.78 | $ 77.71 | $ 479.93 | $ 215.50 | $ (144.75) | $ - | $ 122.00 | $ - | $ - | $ - | $ 474. |
| Late charge assessed | Jan-05 | 03/16/05 | | | $ 30.93 | $ 69,696.78 | $ - | $ - | $ - | $ (144.75) | $ 30.93 | $ 152.93 | $ - | $ - | $ - | $ 474. |
| Mortgage insurance premium | Jan-05 | 04/04/05 | | | $ 23.53 | $ 69,696.78 | $ - | $ - | $ (23.53) | $ (168.28) | $ - | $ 152.93 | $ - | $ - | $ - | $ 474. |
| Prop. Inspection fee | Jan-05 | 04/07/05 | | | $ 15.00 | $ 69,696.78 | $ - | $ - | $ - | $ (168.28) | $ - | $ 152.93 | $ - | $ - | $ 15.00 | $ 489. |
| Unapplied Credit | Jan-05 | 04/16/05 | | | $ 259.86 | $ 69,696.78 | $ - | $ - | $ - | $ (168.28) | $ - | $ 152.93 | $ 259.86 | $ 259.86 | $ - | $ 489. |
| Payment | Feb-05 | 04/16/05 | | | $ 773.14 | $ 69,618.53 | $ 78.25 | $ 479.39 | $ 215.50 | $ 47.22 | $ - | $ 152.93 | $ - | $ 259.86 | $ - | $ 489. |
| Late charge assessed | Feb-05 | 04/16/05 | | | $ 30.93 | $ 69,618.53 | $ - | $ - | $ - | $ 47.22 | $ 30.93 | $ 183.86 | $ - | $ 259.86 | $ - | $ 489. |
| Mortgage insurance premium | Feb-05 | 05/04/05 | | | $ 23.53 | $ 69,618.53 | $ - | $ - | $ (23.53) | $ 23.69 | $ - | $ 183.86 | $ - | $ 259.86 | $ - | $ 489. |
| Prop. Inspection fee assessed | Feb-05 | 05/11/05 | | | $ 15.00 | $ 69,618.53 | $ - | $ - | $ - | $ 23.69 | $ - | $ 183.86 | $ - | $ 259.86 | $ 15.00 | $ 50? |

# HOME FINANCE LLC — DELORES S JEFFERIES — LOAN # 300585

| Description | Paid To Date | Transaction Date | Post Petition Due date | Trustee's Payments | Transaction Amount | Principal Balance | Amount to Principal | Amount to Interest | Amount to Escrow | Escrow Balance | Late Charge | Late Charge Balance | Unapplied Amount | Unapplied Balance | Fee Amount | Fee Balan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Late charge assessed | Feb-05 | 05/16/05 | | | $ 33.16 | $ 69,618.53 | $ - | $ - | $ - | $ 23.69 | $ 33.16 | $ 217.02 | $ - | $ 259.86 | | $ 504 |
| Unapplied Credit | Feb-05 | 05/31/05 | | | $ 0.86 | $ 69,618.53 | | | | $ 23.69 | | $ 217.02 | $ 0.86 | $ 260.72 | | $ 504 |
| Payment | Mar-05 | 05/31/05 | | | $ 773.14 | $ 69,539.74 | $ 78.79 | $ 478.85 | $ 215.50 | $ 239.19 | $ - | $ 217.02 | $ - | $ 260.72 | | $ 504 |
| Prop. Inspection fee assessed | Mar-05 | 06/02/05 | | | $ 15.00 | $ 69,539.74 | $ - | $ - | $ - | $ 239.19 | $ - | $ 217.02 | $ - | $ 260.72 | $ 15.00 | $ 519 |
| Mortgage insurance premium | Mar-05 | 06/04/05 | | | $ 23.53 | $ 69,539.74 | $ - | $ - | $ (23.53) | $ 215.66 | $ - | $ 217.02 | $ - | $ 260.72 | | $ 519 |
| Hazard Insurance | Mar-05 | 06/14/05 | | | $ 828.00 | $ 69,539.74 | $ - | $ - | $ (828.00) | $ (612.34) | $ - | $ 217.02 | $ - | $ 260.72 | | $ 519 |
| Late charge assessed | Mar-05 | 06/16/05 | | | $ 33.16 | $ 69,539.74 | $ - | $ - | $ - | $ (612.34) | $ 33.16 | $ 250.18 | $ - | $ 260.72 | | $ 519 |
| Unapplied credit (Chase advance to re-amortize the loan). | Mar-05 | 06/27/05 | | | $ 1,215.19 | $ 69,539.74 | $ - | $ - | $ - | $ (612.34) | $ - | $ 250.18 | $ 1,215.19 | $ 1,475.91 | | $ 519 |
| Principal Adjustment/Debit (Loan gets re-amortized to correct balances due to the 11/98, 12/98 & 12/99 pymts not posting at the correct p&i.) | Mar-05 | 06/28/05 | | | $ 36.49 | $ 69,576.23 | $ (36.49) | $ - | $ - | $ (612.34) | $ - | $ 250.18 | $ - | $ 1,475.91 | | $ 519 |
| Principal Adjustment/Credit (Loan gets re-amortized to correct balances due to the 11/98, 12/98 & 12/99 pymts not posting at correct p&i.) | Mar-05 | 06/28/05 | | | $ 181.04 | $ 69,395.19 | $ 181.04 | $ - | $ - | $ (612.34) | $ - | $ 250.18 | $ - | $ 1,475.91 | | $ 519 |
| Interest Credit | Mar-05 | 06/28/05 | | | $ 1,070.64 | $ 69,395.19 | $ - | $ 1,070.64 | $ - | $ (612.34) | $ - | $ 250.18 | $ - | $ 1,475.91 | | $ 519 |
| Unapplied Debit | Mar-05 | 06/28/05 | | | $ 1,215.19 | $ 69,395.19 | $ - | $ - | $ - | $ (612.34) | $ - | $ 250.18 | $ (1,215.19) | $ 260.72 | | $ 519 |
| Accrued Interest Debit (due to loan amortization). | Mar-05 | 07/01/05 | | | $ 937.96 | $ 69,395.19 | $ - | $ (937.96) | $ - | $ (612.34) | $ - | $ 250.18 | $ - | $ 260.72 | | $ 519 |
| Mortgage insurance premium | Mar-05 | 07/02/05 | | | $ 23.53 | $ 69,395.19 | $ - | $ - | $ (23.53) | $ (635.87) | $ - | $ 250.18 | $ - | $ 260.72 | | $ 519 |
| Unapplied Debit | Mar-05 | 07/08/05 | | | $ 260.72 | $ 69,395.19 | $ - | $ - | $ - | $ (635.87) | $ - | $ 250.18 | $ (260.72) | $ - | | $ 519 |
| Fc atty fees paid | Mar-05 | 07/08/05 | | | $ 260.72 | $ 69,395.19 | $ - | $ - | $ - | $ (635.87) | $ - | $ 250.18 | $ - | $ - | $ (260.72) | $ 258 |

CHASE HOME FINANCE LLC                                DELORES S JEFFERIES                                LOAN # 300058

| Description | Paid To Date | Transaction Date | Post Petition Due date | Trustee's Payments | Transaction Amount | Principal Balance | Amount to Principal | Amount to Interest | Amount to Escrow | Escrow Balance | Late Charge | Late Charge Balance | Unapplied Amount | Unapplied Balance | Fee Amount | Fee Balan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prop. Inspection fee assessed | Mar-05 | 07/13/05 | | | $ 15.00 | $ 69,395.19 | $ - | $ - | $ - | $ - | $ - | $ 250.18 | $ - | $ - | $ 15.00 | $ 27: |
| Late charge assessed Payment ($1963.86 rec'd from borrower, put into UAF, then taken out and posted as 2 payments and transactions dated 7/18 - 7/28). See | Mar-05 | 07/16/05 | | | $ 33.16 | $ 69,395.19 | $ - | $ - | $ - | $ (635.87) | $ 33.16 | $ 283.34 | $ - | $ - | | $ 27: |
| | Apr-05 | 07/18/05 | | | $ 773.14 | $ 69,314.64 | $ 80.55 | $ 477.09 | $ 215.50 | $ (420.37) | $ - | $ 283.34 | $ - | $ - | | $ 27: |
| Payment | May-05 | 07/18/05 | | | $ 829.00 | $ 69,233.54 | $ 81.10 | $ 476.54 | $ 271.36 | $ (149.01) | $ - | $ 283.34 | $ - | $ - | | $ 27: |
| Unapplied Credit | May-05 | 07/18/05 | | | $ 1,783.00 | $ 69,233.54 | $ - | $ - | $ - | $ (149.01) | $ - | $ 283.34 | $ 1,783.00 | $ 1,783.00 | | $ 27: |
| Unapplied Credit | May-05 | 07/18/05 | | | $ 180.86 | $ 69,233.54 | $ - | $ - | $ - | $ (149.01) | $ - | $ 283.34 | $ 180.86 | $ 1,963.86 | | $ 27: |
| Unapplied Debit | May-05 | 07/18/05 | | | $ 1,783.00 | $ 69,233.54 | $ - | $ - | $ - | $ (149.01) | $ - | $ 283.34 | $ (1,783.00) | $ 180.86 | | $ 27: |
| Unapplied Debit | May-05 | 07/28/05 | | | $ 180.86 | $ 69,233.54 | $ - | $ - | $ - | $ (149.01) | $ - | $ 283.34 | $ (180.86) | $ - | | $ 27: |
| Fc atty fees paid | May-05 | 07/28/05 | | | $ 172.28 | $ 69,233.54 | $ - | $ - | $ - | $ (149.01) | $ - | $ 283.34 | $ - | $ - | $ (172.28) | $ 10: |
| PI fee paid | May-05 | 07/28/05 | | | $ 8.58 | $ 69,233.54 | $ - | $ - | $ - | $ (149.01) | $ - | $ 283.34 | $ - | $ - | $ (8.58) | $ 9: |
| Mortgage insurance premium | May-05 | 08/04/05 | | | $ 23.09 | $ 69,233.54 | $ - | $ - | $ (23.09) | $ (172.10) | $ - | $ 283.34 | $ - | $ - | | $ 9: |
| Late charge assessed | May-05 | 08/16/05 | | | $ 29.16 | $ 69,233.54 | $ - | $ - | $ - | $ (172.10) | $ 29.16 | $ 312.50 | $ - | $ - | | $ 9: |
| Payment ($1230 rec'd from the borrower, put into UAF, then take out and posted to 6/05 payment, late charges and fees) | Jun-05 | 08/18/05 | | | $ 829.00 | $ 69,151.88 | $ 81.66 | $ 475.98 | $ 271.36 | $ 99.26 | $ - | $ 312.50 | $ - | $ - | | $ 9: |
| Unapplied Credit | Jun-05 | 08/18/05 | | | $ 401.00 | $ 69,151.88 | $ - | $ - | $ - | $ 99.26 | $ - | $ 312.50 | $ 401.00 | $ 401.00 | | $ 9: |
| Unapplied Credit | Jun-05 | 08/18/05 | | | $ 1,230.00 | $ 69,151.88 | $ - | $ - | $ - | $ 99.26 | $ - | $ 312.50 | $ 1,230.00 | $ 1,631.00 | | $ 9: |
| Unapplied Debit | Jun-05 | 08/18/05 | | | $ 1,230.00 | $ 69,151.88 | $ - | $ - | $ - | $ 99.26 | $ - | $ 312.50 | $ (1,230.00) | $ 401.00 | | $ 9: |
| Unapplied Debit | Jun-05 | 08/19/05 | | | $ 401.00 | $ 69,151.88 | $ - | $ - | $ - | $ 99.26 | $ - | $ 312.50 | $ (401.00) | $ - | | $ 9: |
| Late charges paid | Jun-05 | 08/19/05 | | | $ 308.44 | $ 69,151.88 | $ - | $ - | $ - | $ 99.26 | $ (308.44) | $ 4.06 | $ - | $ - | | $ 9: |
| PI fee paid | Jun-05 | 08/19/05 | | | $ 92.56 | $ 69,151.88 | $ - | $ - | $ - | $ 99.26 | $ - | $ 4.06 | $ - | $ - | $ (92.56) | $ (( |
| Mortgage insurance premium | Jun-05 | 09/03/05 | | | $ 23.09 | $ 69,151.88 | $ - | $ - | $ (23.09) | $ 76.17 | $ - | $ 4.06 | $ - | $ - | | $ 9: |
| Prop. Inspection fee assessed | Jun-05 | 09/06/05 | | | $ 25.00 | $ 69,151.88 | $ - | $ - | $ - | $ 76.17 | $ - | $ 4.06 | $ - | $ - | $ 25.00 | $ 2: |
| Late charge assessed | Jun-05 | 09/16/05 | | | $ 29.16 | $ 69,151.88 | $ - | $ - | $ - | $ 76.17 | $ 29.16 | $ 33.22 | $ - | $ - | | $ 2: |

CHASE HOME FINANCE LLC  
DELORES S JEFFERIES  
LOAN # 300588_

| Description | Paid To Date | Transaction Date | Post Petition Due date | Trustee's Payments | Transaction Amount | Principal Balance | Amount to Principal | Amount to Interest | Amount to Escrow | Escrow Balance | Late Charge | Late Charge Balance | Unapplied Amount | Unapplied Balance | Fee Amount | Fee Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Late charge assessed | Jun-05 | 03/16/06 | | | $ 29.16 | $ 69,151.88 | | | | $ (1,075.40) | $ 29.16 | $ 208.18 | | $ 433.00 | $ 145._ | |
| Prop. Inspection fee assessed | Jun-05 | 03/27/06 | | | $ 25.00 | $ 69,151.88 | | | | $ (1,075.40) | | $ 208.18 | | $ 433.00 | $ 25.00 | $ 170._ |
| Escrow change. New escrow is $193.58 | Jun-05 | 04/03/06 | | | | $ 69,151.88 | | | | $ (1,075.40) | | $ 208.18 | | $ 433.00 | | $ 170._ |
| Mortgage insurance premium | Jun-05 | 04/04/06 | | | $ 23.09 | $ 69,151.88 | | | $ (23.09) | $ (1,098.49) | | $ 208.18 | | $ 433.00 | | $ 170._ |
| ney fees assessed | Jun-05 | 04/19/06 | | | $ 1,186.00 | $ 69,151.88 | | | | $ (1,098.49) | | $ 208.18 | | $ 433.00 | $ 1,186.00 | $ 1,356._ |
| Payment | Jun-05 | 04/20/06 | | | $ 829.00 | $ 69,069.66 | $ 82.22 | $ 475.42 | $ 271.36 | $ (827.13) | | $ 208.18 | | $ 433.00 | | $ 1,356._ |
| Payment | Jul-05 | 04/20/06 | | | $ 729.05 | $ 68,986.87 | $ 82.79 | $ 474.85 | $ 171.41 | $ (655.72) | | $ 208.18 | | $ 433.00 | | $ 1,356._ |
| Payment | Aug-05 | 04/20/06 | | | $ 729.05 | $ 68,903.51 | $ 83.36 | $ 474.28 | $ 171.41 | $ (484.31) | | $ 208.18 | | $ 433.00 | | $ 1,356._ |
| Payment | Oct-05 | 04/20/06 | | | $ 729.05 | $ 68,819.58 | $ 83.93 | $ 473.71 | $ 171.41 | $ (312.90) | | $ 208.18 | | $ 433.00 | | $ 1,356._ |
| Payment | Nov-05 | 04/20/06 | | | $ 729.05 | $ 68,735.07 | $ 84.51 | $ 473.13 | $ 171.41 | $ (141.49) | | $ 208.18 | | $ 433.00 | | $ 1,356._ |
| Payment | Dec-05 | 04/20/06 | | | $ 729.05 | $ 68,649.98 | $ 85.09 | $ 472.55 | $ 171.41 | $ 29.92 | | $ 208.18 | | $ 433.00 | | $ 1,356._ |
| Escrow Credit | Dec-05 | 04/20/06 | | | $ 1,100.00 | $ 68,649.98 | | | $ 1,100.00 | $ 1,129.92 | | $ 208.18 | | $ 433.00 | | $ 1,356._ |
| Unapplied Debit | Dec-05 | 04/20/06 | | | $ 94.25 | $ 68,649.98 | | | | $ 1,129.92 | | $ 208.18 | $ (94.25) | $ 338.75 | | $ 1,356._ |
| Attorney fee assessed | Dec-05 | 04/26/06 | | | $ 125.00 | $ 68,649.98 | | | | $ 1,129.92 | | $ 208.18 | | $ 338.75 | $ 125.00 | $ 1,43_ |
| Escrow change. New escrow is $176.50 | Dec-05 | 05/01/06 | | | | $ 68,649.98 | | | | $ 1,129.92 | | $ 208.18 | | $ 338.75 | | $ 1,_ |
| Mortgage insurance premium | Dec-05 | 05/04/06 | | | $ 23.09 | $ 68,649.98 | | | $ (23.09) | $ 1,106.83 | | $ 208.18 | | $ 338.75 | | $ 1,481._ |
| Payment | Jan-06 | 05/12/06 | | | $ 729.05 | $ 68,564.31 | $ 85.67 | $ 471.97 | $ 171.41 | $ 1,278.24 | | $ 208.18 | | $ 338.75 | | $ 1,481._ |
| Payment | Feb-06 | 05/12/06 | | | $ 729.05 | $ 68,478.05 | $ 86.26 | $ 471.38 | $ 171.41 | $ 1,449.65 | | $ 208.18 | | $ 338.75 | | $ 1,481._ |
| Unapplied debit (to make 2/06 payment) | Feb-06 | 05/12/06 | | | $ 328.28 | $ 68,478.05 | | | | $ 1,449.65 | | $ 208.18 | $ (328.28) | $ 10.47 | | $ 1,481._ |
| Late charges paid | Feb-06 | 05/12/06 | | | $ 208.18 | $ 68,478.05 | | | | $ 1,449.65 | $ (208.18) | $ - | | $ 10.47 | | $ 1,481._ |
| charge assessed | Feb-06 | 05/16/06 | | | $ 30.05 | $ 68,478.05 | | | | $ 1,449.65 | $ 30.05 | $ 30.05 | | $ 10.47 | | $ 1,481._ |
| Payment | Mar-06 | 06/01/06 | | | $ 729.05 | $ 68,391.20 | $ 86.85 | $ 470.79 | $ 171.41 | $ 1,621.06 | | $ 30.05 | 0.95 | $ 11.42 | | $ 1,481._ |
| Mortgage insurance premium | Mar-06 | 06/03/06 | | | $ 23.09 | $ 68,391.20 | | | $ (23.09) | $ 1,597.97 | | $ 30.05 | | $ 11.42 | | $ 1,481._ |
| PI fee paid | Mar-06 | 06/16/06 | | | $ 15.00 | $ 68,391.20 | | | | $ 1,597.97 | | $ 30.05 | | $ 11.42 | $ (15.00) | $ 1,466._ |
| Late charge assessed | Mar-06 | 06/16/06 | | | $ 29.37 | $ 68,391.20 | | | | $ 1,597.97 | $ 29.37 | $ 59.42 | | $ 11.42 | | $ 1,466._ |
| Hazard Insurance | Mar-06 | 06/23/06 | | | $ 828.00 | $ 68,391.20 | | | $ (828.00) | $ 769.97 | | $ 59.42 | | $ 11.42 | | $ 1,466._ |
| Payment | Apr-06 | 07/03/06 | | | $ 729.05 | $ 68,303.75 | $ 87.45 | $ 470.19 | $ 171.41 | $ 941.38 | | $ 59.42 | 0.95 | $ 12.37 | | $ 1,466._ |