UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DELORES SPENCER-JEFFERIES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-1520 (GK)/(DAR) |
| ) | |
| CHASE HOME FINANCE LLC, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF TIMOTHY W. BUCKNELL IN SUPPORT OF CHASE HOME FINANCE LLC'S OPPOSITION TO PLAINTIFF'S MOTION TO VOID SETTLEMENT AGREEMENT AND PLAINTIFF'S MOTION TO VOID ORDERS OF DISMISSAL**

I, Timothy W. Bucknell, being duly sworn, do hereby depose and state as follows:

1. I am over 21 years of age and have personal knowledge of the matters addressed herein and in the above-captioned case.

2. I am an attorney with the law firm of Arent Fox LLP. Arent Fox LLP represents Chase Home Finance LLC ("Chase") in the above referenced matter.

3. On February 23, 2007, I participated in a settlement conference with Ms. Delores Spencer-Jefferies ("Spencer-Jefferies").

4. Attached hereto as Exhibit A is a true and correct copy of the Settlement Agreement mutually assented to by Chase and Spencer-Jefferies on February 23, 2007.

LDR/199291.1

I have read the foregoing affidavit and swear and affirm that it is true and correct to the best of my personal knowledge.

_____
Timothy W. Bucknell

Sworn to before this 24th day of April, 2007


_____
Notary Public

My commission expires _____

Carmen D. Zollman
Notary Public, District of Columbia
My Commission Expires 12/14/2011

LDR/199291.1