# EXHIBIT A

HISTORY STATEMENT                                    DATE  08/08/06

CHASE HOME FINANCE LLC
3415 VISION DRIVE
COLUMBUS, OHIO  43219-6009

THE FOLLOWING HISTORY INFORMATION IS PROVIDED AT YOUR REQUEST.

DELORES S JEFFERIES                    ORIGIN DATE        06/30/94
73 GALVESTON ST SW APT 101             MATURITY DATE      11/01/28
WASHINGTON, DC  20032-1974             PAID TO DATE       04/01/06
                                       NEXT DUE DATE      05/01/06
                                       INTEREST RATE       8.25000
                                       PRIN BALANCE      68,303.75
        LOAN CONTROLS 01 000 000 0000  ESCROW BALANCE       922.60
        LOAN NUMBER   3005883860       UNAPPLIED BAL         12.37
        LOAN TYPE     FEDERAL HOUSING (FHA)  LATE CHGS DUE    88.79
                                       FEES DUE          2,007.00

| EFF DATE PAID TO TRAN DESCRIPTION | TRAN AMOUNT CODE | PRINCIPAL LATE CHG/FEE | INTEREST UNAPPLIED | ESCROW SUBSIDY |
|---|---|---|---|---|
| 01/04/06 06/01/05 ESCROW DISB | 23.09 MORTGAGE INS | | | 23.09- |
| 01/01/06 06/01/05 FEE | 433.00 2812 | 433.00 | | |
| 01/05/06 06/01/05 UNAPPLIED | 433.00 0912 | | 433.00 | |
| /06/06 06/01/05 FEE WAIVE | 433.00 2873 | 433.00- | | |
| 01/17/06 06/01/05 LATE CHARGE | 29.16 GLTC | 29.16 | | |
| 02/04/06 06/01/05 ESCROW DISB | 23.09 MORTGAGE INS | | | 23.09- |
| 02/06/06 06/01/05 FEE ASSESSMENT | 25.00 1003 | 25.00 | | |
| 02/16/06 06/01/05 LATE CHARGE | 29.16 GLTC | 29.16 | | |
| 03/01/06 06/01/05 FEE ASSESSMENT | 25.00 1003 | 25.00 | | |
| 03/04/06 06/01/05 ESCROW DISB | 23.09 MORTGAGE INS | | | 23.09- |
| 03/16/06 06/01/05 LATE CHARGE | 29.16 GLTC | 29.16 | | |
| 03/27/06 06/01/05 FEE ASSESSMENT | 25.00 1003 | 25.00 | | |
| 04/03/06 ESC PMT 1 CHG | OLD | 171.41 | NEW | 193.58 |
| 04/04/06 06/01/05 ESCROW DISB | 23.09 MORTGAGE INS | | | 23.09- |
| 04/19/06 06/01/05 FEE ASSESMENT | 1,186.00 2913 | 1,186.00 | | |
| 04/19/06 07/01/05 PAYMENT | 829.00 0021 | 82.22- | 475.42 | 271.36 |

# EXHIBIT B

**CHASE HOME FINANCE LLC**          **DELORES S JEFFERIES**          **LOAN # 300588**

| Description | Paid To Date | Transaction Date | Post Petition Due date | Trustee's Payments | Transaction Amount | Principal Balance | Amount to Principal | Amount to Interest | Amount to Escrow | Escrow Balance | Late Charge | Late Charge Balance | Unapplied Amount | Unapplied Balance | Fee Amount | Fee Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Late charge assessed | Sep-04 | 10/16/04 | | | $ 30.93 | $ 70,004.46 | - | | - | $ (4.94) | $ 30.93 | $ 30.93 | $ - | $ - | $ - | $ 449. |
| Payment | Oct-04 | 10/25/04 | | | $ 774.00 | $ 69,928.33 | 76.13 | $ 481.51 | 215.50 | $ 210.56 | $ (0.86) | $ 30.07 | $ - | $ - | $ - | $ 449. |
| Mortgage insurance premium | Oct-04 | 11/04/04 | | | $ 23.53 | $ 69,928.33 | - | | $ (23.53) | $ 187.03 | $ - | $ 30.07 | $ - | $ - | $ - | $ 449. |
| Payment | Nov-04 | 11/13/04 | | | $ 773.14 | $ 69,851.67 | 76.66 | $ 480.98 | 215.50 | $ 402.53 | $ - | $ 30.07 | $ - | $ - | $ - | $ 449. |
| County Tax | Nov-04 | 11/16/04 | | | $ 884.16 | $ 69,851.67 | - | | $ (884.16) | $ (481.63) | $ - | $ 30.07 | $ - | $ - | $ - | $ 449. |
| Mortgage insurance premium | Nov-04 | 11/16/04 | | | $ 23.53 | $ 69,851.67 | - | | $ (23.53) | $ (505.16) | $ - | $ 30.07 | $ - | $ - | $ - | $ 449. |
| Late charge assessed | Nov-04 | 12/16/04 | | | $ 30.93 | $ 69,851.67 | - | | - | $ (505.16) | $ 30.93 | $ 61.00 | $ - | $ - | $ - | $ 449. |
| Mortgage insurance premium | Nov-04 | 01/04/05 | | | $ 23.53 | $ 69,851.67 | - | | $ (23.53) | $ (528.69) | $ - | $ 61.00 | $ - | $ - | $ - | $ 449. |
| Late charge assessed | Nov-04 | 01/18/05 | | | $ 30.93 | $ 69,851.67 | - | | - | $ (528.69) | $ 30.93 | $ 91.93 | $ - | $ - | $ - | $ 449. |
| Mortgage insurance premium | Nov-04 | 02/04/05 | | | $ 23.53 | $ 69,851.67 | - | | $ (23.53) | $ (552.22) | $ - | $ 91.93 | $ - | $ - | $ - | $ 449. |
| Unapplied Credit | Nov-04 | 02/16/05 | | | $ 0.86 | $ 69,851.67 | - | | - | $ (552.22) | $ - | $ 91.93 | $ 0.86 | $ 0.86 | $ - | $ 449. |
| Payment | Dec-04 | 02/16/05 | | | $ 773.14 | $ 69,774.49 | 77.18 | $ 480.46 | 215.50 | $ (336.72) | $ - | $ 91.93 | $ - | $ 0.86 | $ - | $ 449. |
| Late charge assessed | Dec-04 | 02/16/05 | | | $ 30.93 | $ 69,774.49 | - | | - | $ (336.72) | $ 30.93 | $ 122.86 | $ - | $ 0.86 | $ - | $ 449. |
| Mortgage insurance premium | Dec-04 | 03/04/05 | | | $ 23.53 | $ 69,774.49 | - | | $ (23.53) | $ (360.25) | $ - | $ 122.86 | $ - | $ 0.86 | $ - | $ 449. |
| Prop. Inspection fee assessed | Dec-04 | 03/10/05 | | | $ 25.00 | $ 69,774.49 | - | | - | $ (360.25) | $ - | $ 122.86 | $ - | $ 0.86 | $ 25.00 | $ 474. |
| Unapplied Debit | Dec-04 | 03/16/05 | | | $ 0.86 | $ 69,774.49 | - | | - | $ (360.25) | $ - | $ 122.86 | $ (0.86) | - | $ - | $ 474. |
| Late charges paid | Dec-04 | 03/16/05 | | | $ 0.86 | $ 69,774.49 | - | | - | $ (360.25) | $ (0.86) | $ 122.00 | $ - | - | $ - | $ 474. |
| Payment | Jan-05 | 03/16/05 | | | $ 773.14 | $ 69,696.78 | 77.71 | $ 479.93 | 215.50 | $ (144.75) | $ - | $ 122.00 | $ - | - | $ - | $ 474. |
| Late charge assessed | Jan-05 | 03/16/05 | | | $ 30.93 | $ 69,696.78 | - | | - | $ (144.75) | $ 30.93 | $ 152.93 | $ - | - | $ - | $ 474. |
| Mortgage insurance premium | Jan-05 | 04/04/05 | | | $ 23.53 | $ 69,696.78 | - | | $ (23.53) | $ (168.28) | $ - | $ 152.93 | $ - | - | $ - | $ 474. |
| Prop. Inspection fee assessed | Jan-05 | 04/07/05 | | | $ 15.00 | $ 69,696.78 | - | | - | $ (168.28) | $ - | $ 152.93 | $ - | - | $ 15.00 | $ 489. |
| Unapplied Credit | Jan-05 | 04/16/05 | | | $ 259.86 | $ 69,696.78 | - | | - | $ (168.28) | $ - | $ 152.93 | $ 259.86 | $ 259.86 | $ - | $ 489. |
| Payment | Feb-05 | 04/16/05 | | | $ 773.14 | $ 69,618.53 | 78.25 | $ 479.39 | 215.50 | $ 47.22 | $ - | $ 152.93 | $ - | $ 259.86 | $ - | $ 489. |
| Late charge assessed | Feb-05 | 04/16/05 | | | $ 30.93 | $ 69,618.53 | - | | - | $ 47.22 | $ 30.93 | $ 183.86 | $ - | $ 259.86 | $ - | $ 489. |
| Mortgage insurance premium | Feb-05 | 05/04/05 | | | $ 23.53 | $ 69,618.53 | - | | $ (23.53) | $ 23.69 | $ - | $ 183.86 | $ - | $ 259.86 | $ - | $ 489. |
| Prop. Inspection fee assessed | Feb-05 | 05/11/05 | | | $ 15.00 | $ 69,618.53 | - | | - | $ 23.69 | $ - | $ 183.86 | $ - | $ 259.86 | $ 15.00 | $ 504 |

HOME FINANCE LLC

DELORES S JEFFERIES

LOAN # 30058

| Description | Paid To Date | Transaction Date | Post Petition Due date | Trustee's Payments | Transaction Amount | Principal Balance | Amount to Principal | Amount to Interest | Amount to Escrow | Escrow Balance | Late Charge | Late Charge Balance | Unapplied Amount | Unapplied Balance | Fee Amount | Fee Balan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Late charge assessed | Feb-05 | 05/16/05 | | | $ 33.16 | $ 69,618.53 | - | | | $ 23.69 | 33.16 | $ 217.02 | - | $ 259.86 | | $ 504 |
| Unapplied Credit | Feb-05 | 05/31/05 | | | $ 0.86 | $ 69,618.53 | - | | | $ 23.69 | - | $ 217.02 | 0.86 | $ 260.72 | | $ 504 |
| Payment | Mar-05 | 05/31/05 | | | $ 773.14 | $ 69,539.74 | 78.79 | $ 478.85 | $ 215.50 | $ 239.19 | - | $ 217.02 | - | $ 260.72 | | $ 504 |
| Prop. Inspection fee assessed | Mar-05 | 06/02/05 | | | $ 15.00 | $ 69,539.74 | - | | | $ - | - | $ 217.02 | - | $ 260.72 | $ 15.00 | $ 504 |
| Mortgage insurance premium | Mar-05 | 06/04/05 | | | $ 23.53 | $ 69,539.74 | - | | $ (23.53) | $ 239.19 | - | $ 217.02 | - | $ 260.72 | | $ 515 |
| Hazard Insurance | Mar-05 | 06/14/05 | | | $ 828.00 | $ 69,539.74 | - | | $ (828.00) | $ 215.66 | - | $ 217.02 | - | $ 260.72 | | $ 515 |
| te charge assessed | Mar-05 | 06/16/05 | | | $ 33.16 | $ 69,539.74 | - | | | $ (612.34) | 33.16 | $ 250.18 | - | $ 260.72 | | $ 515 |
| Unapplied credit (Chase advance to re-amortize the loan). | Mar-05 | 06/27/05 | | | $ 1,215.19 | $ 69,539.74 | - | | | $ (612.34) | - | $ 250.18 | 1,215.19 | $ 1,475.91 | | $ 515 |
| Principal Adjustment/Debit (Loan gets re-amortized to correct balances due to the 11/98, 12/98 & 12/99 pymts not posting at the correct p&i.) | Mar-05 | 06/28/05 | | | $ 36.49 | $ 69,576.23 | (36.49) | | | $ (612.34) | - | $ 250.18 | - | $ 1,475.91 | | $ 519 |
| Principal Adjustment/Credit (Loan gets re-amortized to correct balances due to the 11/98, 12/98 & 12/99 pymts not posting at correct p&i.) | Mar-05 | 06/28/05 | | | $ 181.04 | $ 69,395.19 | 181.04 | | | $ (612.34) | - | $ 250.18 | - | $ 1,475.91 | | $ 519 |
| est Credit | Mar-05 | 06/28/05 | | | $ 1,070.64 | $ 69,395.19 | - | $ 1,070.64 | | $ (612.34) | - | $ 250.18 | - | $ 1,475.91 | | $ 519 |
| Unapplied Debit | Mar-05 | 06/28/05 | | | $ 1,215.19 | $ 69,395.19 | - | | | $ (612.34) | - | $ 250.18 | (1,215.19) | $ 260.72 | | $ 519 |
| Accrued Interest Debit (due to loan amortization) | Mar-05 | 07/01/05 | | | $ 937.96 | $ 69,395.19 | - | $ (937.96) | | $ (612.34) | - | $ 250.18 | - | $ 260.72 | | $ 519 |
| Mortgage insurance premium | Mar-05 | 07/02/05 | | | $ 23.53 | $ 69,395.19 | - | | $ (23.53) | $ (635.87) | - | $ 250.18 | - | $ 260.72 | | $ 519 |
| Unapplied Debit | Mar-05 | 07/08/05 | | | $ 260.72 | $ 69,395.19 | - | | - | $ (635.87) | - | $ 250.18 | (260.72) | $ - | | $ 519 |
| Fc atty fees paid | Mar-05 | 07/08/05 | | | $ 260.72 | $ 69,395.19 | - | | - | $ (635.87) | - | $ 250.18 | - | $ - | $ (260.72) | $ 258 |

CHASE HOME FINANCE LLC

DELORES S JEFFERIES

LOAN # 30058...

| Description | Paid To Date | Transaction Date | Post Petition Due date | Trustee's Payments | Transaction Amount | Principal Balance | Amount to Principal | Amount to Interest | Amount to Escrow | Escrow Balance | Late Charge | Late Charge Balance | Unapplied Amount | Unapplied Balance | Fee Amount | Fee Balan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prop. Inspection fee assessed | Mar-05 | 07/13/05 | | | $ 15.00 | $ 69,395.19 | - | | | $ (635.87) | | $ 250.18 | | | $ 15.00 | $ 27... |
| Late charge assessed | Mar-05 | 07/16/05 | | | $ 33.16 | $ 69,395.19 | - | | | $ (635.87) | 33.16 | $ 283.34 | | | | $ 27... |
| Payment ($1963.86 rec'd from borrower, put into UAF, then taken out and posted to 2 payments and ... fees. See transactions dated 7/18 -7/28) | Apr-05 | 07/18/05 | | | $ 773.14 | $ 69,314.64 | 80.55 | $ 477.09 | $ 215.50 | $ (420.37) | | $ 283.34 | | | | $ 27... |
| Payment | May-05 | 07/18/05 | | | $ 829.00 | $ 69,233.54 | 81.10 | $ 476.54 | 271.36 | $ (149.01) | | $ 283.34 | | | | $ 27... |
| Unapplied Credit | May-05 | 07/18/05 | | | $ 1,783.00 | $ 69,233.54 | - | | | $ (149.01) | | $ 283.34 | $ 1,783.00 | $ 1,783.00 | | $ 27... |
| Unapplied Credit | May-05 | 07/18/05 | | | $ 180.86 | $ 69,233.54 | - | | | $ (149.01) | | $ 283.34 | $ 180.86 | $ 1,963.86 | | $ 27... |
| Unapplied Debit | May-05 | 07/18/05 | | | $ 1,783.00 | $ 69,233.54 | - | | | $ (149.01) | | $ 283.34 | $ (1,783.00) | $ 180.86 | | $ 27... |
| Unapplied Debit | May-05 | 07/28/05 | | | $ 180.86 | $ 69,233.54 | - | | | $ (149.01) | | $ 283.34 | $ (180.86) | $ - | | $ 27... |
| Fc atty fees paid | May-05 | 07/28/05 | | | $ 172.28 | $ 69,233.54 | - | | | $ (149.01) | | $ 283.34 | | | $ (172.28) | $ 10... |
| PI fee paid | May-05 | 07/28/05 | | | $ 8.58 | $ 69,233.54 | - | | | $ (149.01) | | $ 283.34 | | | $ (8.58) | $ 9... |
| Mortgage insurance premium | May-05 | 08/04/05 | | | $ 23.09 | $ 69,233.54 | - | | (23.09) | $ (172.10) | | $ 283.34 | | | | $ 9... |
| Late charge assessed | May-05 | 08/16/05 | | | $ 29.16 | $ 69,233.54 | - | | - | $ (172.10) | 29.16 | $ 312.50 | | | | $ 9... |
| Payment ($1230 rec'd from the borrower, put into UAF, then take out and posted to 6/05 payment, late charges and fees) | Jun-05 | 08/18/05 | | | $ 829.00 | $ 69,151.88 | 81.66 | $ 475.98 | 271.36 | $ 99.26 | | $ 312.50 | | | | $ 9... |
| Unapplied Credit | Jun-05 | 08/18/05 | | | $ 401.00 | $ 69,151.88 | - | | | $ 99.26 | | $ 312.50 | $ 401.00 | $ 401.00 | | $ 9... |
| Unapplied Credit | Jun-05 | 08/18/05 | | | $ 1,230.00 | $ 69,151.88 | - | | | $ 99.26 | | $ 312.50 | $ 1,230.00 | $ 1,631.00 | | $ 9... |
| Unapplied Debit | Jun-05 | 08/18/05 | | | $ 1,230.00 | $ 69,151.88 | - | | | $ 99.26 | | $ 312.50 | $ (1,230.00) | $ 401.00 | | $ 9... |
| Unapplied Debit | Jun-05 | 08/19/05 | | | $ 401.00 | $ 69,151.88 | - | | | $ 99.26 | | $ 312.50 | $ (401.00) | $ - | | $ 9... |
| Late charges paid | Jun-05 | 08/19/05 | | | $ 308.44 | $ 69,151.88 | - | | | $ 99.26 | (308.44) | $ 4.06 | | | | $ 9... |
| PI fee paid | Jun-05 | 08/19/05 | | | $ 92.56 | $ 69,151.88 | - | | | $ 99.26 | | $ 4.06 | | | $ (92.56) | $ (... |
| Mortgage insurance premium | Jun-05 | 09/03/05 | | | $ 23.09 | $ 69,151.88 | - | | (23.09) | $ 76.17 | | $ 4.06 | | | | $ (... |
| Prop. Inspection fee assessed | Jun-05 | 09/06/05 | | | $ 25.00 | $ 69,151.88 | - | | | $ 76.17 | | $ 4.06 | | | $ 25.00 | $ 2... |
| Late charge assessed | Jun-05 | 09/16/05 | | | $ 29.16 | $ 69,151.88 | - | | | $ 76.17 | 29.16 | $ 33.22 | | | | $ 2... |

**CHASE HOME FINANCE LLC**

**DELORES S JEFFERIES**

**LOAN # 300588**

| Description | Paid To Date | Transaction Date | Post Petition Due date | Trustee's Payments | Transaction Amount | Principal Balance | Amount to Principal | Amount to Interest | Amount to Escrow | Escrow Balance | Late Charge | Late Charge Balance | Unapplied Amount | Unapplied Balance | Fee Amount | Fee Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Late charge assessed | Jun-05 | 03/16/06 | | | $ 29.16 | $ 69,151.88 | | | | $ (1,075.40) | $ 29.16 | $ 208.18 | | $ 433.00 | | $ 145. |
| Prop. Inspection fee assessed | Jun-05 | 03/27/06 | | | $ 25.00 | $ 69,151.88 | | | | $ (1,075.40) | | $ 208.18 | | $ 433.00 | $ 25.00 | $ 170. |
| Escrow change. New escrow is $193.58 | Jun-05 | 04/03/06 | | | | $ 69,151.88 | | | | $ (1,075.40) | | $ 208.18 | | $ 433.00 | | $ 170. |
| Mortgage insurance premium | Jun-05 | 04/04/06 | | | $ 23.09 | $ 69,151.88 | | | $ (23.09) | $ (1,098.49) | | $ 208.18 | | $ 433.00 | | $ 170. |
| ...ney fees assessed | Jun-05 | 04/19/06 | | | $ 1,186.00 | $ 69,151.88 | | | | $ (1,098.49) | | $ 208.18 | | $ 433.00 | $ 1,186.00 | $ 1,356. |
| Payment | Jun-05 | 04/20/06 | | | $ 829.00 | $ 69,069.66 | $ 82.22 | $ 475.42 | $ 271.36 | $ (827.13) | | $ 208.18 | | $ 433.00 | | $ 1,356. |
| Payment | Jul-05 | 04/20/06 | | | $ 729.05 | $ 68,986.87 | $ 82.79 | $ 474.85 | $ 171.41 | $ (655.72) | | $ 208.18 | | $ 433.00 | | $ 1,356. |
| Payment | Aug-05 | 04/20/06 | | | $ 729.05 | $ 68,903.51 | $ 83.36 | $ 474.28 | $ 171.41 | $ (484.31) | | $ 208.18 | | $ 433.00 | | $ 1,356. |
| Payment | Oct-05 | 04/20/06 | | | $ 729.05 | $ 68,819.58 | $ 83.93 | $ 473.71 | $ 171.41 | $ (312.90) | | $ 208.18 | | $ 433.00 | | $ 1,356. |
| Payment | Nov-05 | 04/20/06 | | | $ 729.05 | $ 68,735.07 | $ 84.51 | $ 473.13 | $ 171.41 | $ (141.49) | | $ 208.18 | | $ 433.00 | | $ 1,356. |
| Payment | Dec-05 | 04/20/06 | | | $ 729.05 | $ 68,649.98 | $ 85.09 | $ 472.55 | $ 171.41 | $ 29.92 | | $ 208.18 | | $ 433.00 | | $ 1,356. |
| Escrow Credit | Dec-05 | 04/20/06 | | | $ 1,100.00 | $ 68,649.98 | | | $ 1,100.00 | $ 1,129.92 | | $ 208.18 | | $ 433.00 | | $ 1,356. |
| Unapplied Debit | Dec-05 | 04/20/06 | | | $ 94.25 | $ 68,649.98 | | | | $ 1,129.92 | | $ 208.18 | $ (94.25) | $ 338.75 | | $ 1,356. |
| Attorney fee assessed | Dec-05 | 04/26/06 | | | $ 125.00 | $ 68,649.98 | | | | $ 1,129.92 | | $ 208.18 | | $ 338.75 | $ 125.00 | $ 1,48 |
| Escrow change. New escrow is $176.50 | Dec-05 | 05/01/06 | | | | $ 68,649.98 | | | | $ 1,129.92 | | $ 208.18 | | $ 338.75 | | $ 1, |
| Mortgage insurance premium | Dec-05 | 05/04/06 | | | $ 23.09 | $ 68,649.98 | | | $ (23.09) | $ 1,106.83 | | $ 208.18 | | $ 338.75 | | $ 1,481. |
| Payment | Jan-06 | 05/12/06 | | | $ 729.05 | $ 68,564.31 | $ 85.67 | $ 471.97 | $ 171.41 | $ 1,278.24 | | $ 208.18 | | $ 338.75 | | $ 1,481. |
| Payment | Feb-06 | 05/12/06 | | | $ 729.05 | $ 68,478.05 | $ 86.26 | $ 471.38 | $ 171.41 | $ 1,449.65 | | $ 208.18 | | $ 338.75 | | $ 1,481. |
| Unapplied debit (to make 2/06 payment) | Feb-06 | 05/12/06 | | | $ 328.28 | $ 68,478.05 | | | | $ 1,449.65 | | $ 208.18 | $ (328.28) | $ 10.47 | | $ 1,481. |
| Late charges paid | Feb-06 | 05/12/06 | | | $ 208.18 | $ 68,478.05 | | | | $ 1,449.65 | $ (208.18) | $ - | | $ 10.47 | | $ 1,481. |
| charge assessed | Feb-06 | 05/16/06 | | | $ 30.05 | $ 68,478.05 | | | | $ 1,449.65 | $ 30.05 | $ 30.05 | | $ 10.47 | | $ 1,481. |
| ...yment | Feb-06 | 06/01/06 | | | $ 729.05 | $ 68,391.20 | $ 86.85 | $ 470.79 | $ 171.41 | $ 1,621.06 | | $ 30.05 | $ 0.95 | $ 11.42 | | $ 1,481. |
| Mortgage insurance premium | Mar-06 | 06/03/06 | | | $ 23.09 | $ 68,391.20 | | | $ (23.09) | $ 1,597.97 | | $ 30.05 | | $ 11.42 | | $ 1,481. |
| PI fee paid | Mar-06 | 06/16/06 | | | $ 15.00 | $ 68,391.20 | | | | $ 1,597.97 | | $ 30.05 | | $ 11.42 | $ (15.00) | $ 1,466. |
| Late charge assessed | Mar-06 | 06/16/06 | | | $ 29.37 | $ 68,391.20 | | | | $ 1,597.97 | $ 29.37 | $ 59.42 | | $ 11.42 | | $ 1,466. |
| Hazard Insurance | Mar-06 | 06/23/06 | | | $ 828.00 | $ 68,391.20 | | | $ (828.00) | $ 769.97 | | $ 59.42 | | $ 11.42 | | $ 1,466. |
| Payment | Apr-06 | 07/03/06 | | | $ 729.05 | $ 68,303.75 | $ 87.45 | $ 470.19 | $ 171.41 | $ 941.38 | | $ 59.42 | $ 0.95 | $ 12.37 | | $ 1,466. |

# EXHIBIT C

**DELORES SPECER-JEFFERIES**
**FEES ASSOCIATED WITH**
**FORECLOSURE AND BANKRUPTCY**
**NOT CREDITED PER SETTLEMENT AGREEMNT**
**DATED FEBRUARY 23, 2007**

| DATE | LATE FEES | DATE | ATTORNEY FEES | DATE | PROPERTY INSPECTIONS FEES |
|---|---|---|---|---|---|
| 3/16/2005 | 0.86 | 7/8/2005 | 260.72 | 7/28/2007 | 8.58 |
| 8/19/2005 | 308.44 | 7/28/2005 | 172.28 | 8/19/2005 | 92.56 |
| 5/12/2006 | 208.18 | 8/14/2006 | 20 | 6/16/2006 | 15 |
| 8/14/2005 | 88.79 | 9/16/2006 | 0.86 | | 0 |
| | | | | | |
| TOTALS: | $ 606.27 | | $ 453.86 | | $ 116.14 |
| | | | | | |
| COMBINED TOTAL: | $ 1,176.27 | | | | |