PRAECIPE

# United States District Court
# for the District of Columbia

the __19th__ day of __July__ 19__2007__

__Delores Spencer-Jefferies__
vs.
__Chase Home Finance__

Civil / Criminal Action No. __06-CV-01520GK__

The Clerk of said Court will __Please reschedule the Motion hearing That was Set For July 2, 2007 The complaintyff did Not Receive the document, Previous documents went to Apt 101, And I found them open on the floor.__

__July 19, 2007__
Date

BAR IDENTIFICATION NO.

Signature: _Delores Spencer Jefferies_

Print Name: _Delores Spencer Jefferies_

Address: _2612 Naylor Rd SE #20_

City/State/Zip: _Washington D.C 20020_

Phone Number: _202 373-1124_

RECEIVED
JUL 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I certify that I caused a copy of this document to Timothy Bucknell 1050 Connecticut Ave N.W Washington D.C by us mail on July 19, 2007.

_Delores Spencer-Jefferies_