UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELORES SPENCER-JEFFERIES,<br><br>Plaintiff,<br><br>v.<br><br>CHASE HOME FINANCE LLC,<br>     et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 06-1520 (GK)/(DAR)<br>)<br>)<br>)<br>)<br>)<br>) |

**OPPOSITION TO PLAINTIFF'S MOTION TO RESCHEDULE HEARING**

  Plaintiff Delores Spencer-Jefferies ("Spencer-Jefferies") has moved this Court to reschedule the July 2, 2007 hearing previously held for Spencer-Jefferies' motions to void the settlement agreement and release and to void the stipulated order of dismissal with prejudice. Even were Spencer-Jefferies' motion proper, she has provided no basis for the relief requested. This is simply part of Spencer-Jefferies' continuing plan to delay resolution of this matter and impose additional costs upon Defendant Chase Home Finance LLC ("Chase").

  This Court held the scheduled July 2, 2007 hearing. Counsel for Chase attended the hearing. Despite a substantial delay in the proceeding, Spencer-Jefferies was not in attendance when the Court called the matter. The Court made numerous attempts to contact Spencer-Jefferies, and left at least one message regarding the scheduled hearing. This is the second occasion in this matter where Spencer-Jefferies has not been in attendance for a scheduled hearing or conference. Subsequent to Spencer-Jefferies previous absence, the Court verified all of Spencer-Jefferies contact information to ensure such a situation would not arise again. Alas, those efforts were apparently in vain. On July 11, 2007, by Minute Entry, the Court deemed Spencer-Jefferies' motions withdrawn. Thus, at this time, there are no motions currently pending

LDR/204574.1              1

before this Court upon which to "reschedule" the July 2, 2007 hearing, thus the extant motion is moot.

Even were the Court inclined to read Spencer-Jefferies' motion broadly as one to reconsider the decision to treat the earlier motions as withdrawn and to reschedule the hearing, Spencer-Jefferies has not provided any grounds for the Court to grant such relief or to excuse her absence from the July 2, 2007 hearing. Spencer-Jefferies simply states that she did not receive the "document" (presumably the June 18th, 2007 notice of the hearing). She claims that "previous documents went to Apt. 101 and I found them opened on the floor." She does not contend that this document went to Apt. 101 or otherwise explain the relevance of this statement. Spencer-Jefferies statement seems to indicate that she has access to Apt. 101 and thus even were the notice delivered to that apartment; she presumably would have received it.

Despite the messages that this Court left for Spencer-Jefferies regarding the July 2, 2007 hearing, Spencer-Jefferies did not file the extant motion until July 19th, more than two weeks after the scheduled hearing and a week after the Court entered its minute entry with regard to the prior motions. This further evidence that this is simply part of Spencer-Jefferies' effort to drag this matter out for as long as possible and increase Chase's expenses.

Lastly, were the Court inclined to revisit the previous motions, the positions of the parties are clearly set forth in the pleadings before the Court. Additional appearance before the Court will do nothing to foster resolution of this matter. Spencer-Jefferies has not carried, and cannot carry, the heavy burden of attacking the settlement agreement nor has she put forward anything credible, much less admissible, to show that Chase has not fully complied with the provisions of the Settlement Agreement.

For the foregoing reasons, Spencer-Jefferies motion should be denied.

                                                        Respectfully Submitted

                                                          /s/Timothy W. Bucknell_____
                                                    Timothy W. Bucknell
                                                    Gary C. Tepper
                                                    ARENT FOX LLP
                                                    1050 Connecticut Avenue, N.W.
                                                    Washington, D.C.  20036-5339
                                                    (202) 857-6000
                                                    Attorneys for Defendant Chase Home Finance, LLC

July 26, 2007

LDR/204574.1                             3

## **CERTIFICATE OF SERVICE**

I certify that I have this 26th day of July, 2007, caused the foregoing Opposition to Plaintiff's Motion Reschedule Hearing to be served by certified mail upon:

>Delores Spencer-Jefferies
>2612 Naylor Road, SE #202
>Washington, DC 20020

>/s/Timothy W. Bucknell
>Timothy W. Bucknell

LDR/204574.1